1   JOSEPH P. McMONIGLE  SBN # 66811
    DOUGLAS J. MELTON  SBN # 161353
2   JOHN B. SULLIVAN  SBN #238306
    LONG & LEVIT LLP
3   465 California Street, Suite 500
    San Francisco, CA  94104
4   TEL: (415) 397-2222   FAX: (415) 397-6392
    jmcmonigle@longlevit.com / dmelton@longlevit.com
5   jsullivan@longlevit.com

6   Attorneys for Defendants
    ATLAS HOSPITALITY GROUP, INC.,
7   and JUSTIN B. MYERS

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   DOUGLAS KEANE,                    CASE No. C07-06074 EMC

13                  Plaintiff,         **ANSWER OF ATLAS HOSPITALITY
                                       GROUP, INC. AND JUSTIN B. MYERS**
14         vs.
                                       Action Filed:      October 22, 2007
15   ATLAS HOSPITALITY GROUP,          Action Removed:    November 30, 2007
     HEDMARK VIII, LLC and WESTLAND    Judge:             Hon. Edward M. Chen
16   FINANCIAL III, LLC and JUSTIN B.
     MYERS,                            **JURY TRIAL DEMANDED**
17
                    Defendants.
18

19

20         Defendants ATLAS HOSPITALITY GROUP, INC., and JUSTIN B. MYERS

21   ("Defendants") submit the following answer to plaintiff's Verified Complaint for Damages and

22   Demand for Jury Trial ("Complaint") filed on October 22, 2007, and removed to this Court on

23   November 30, 2007:

24

25                           **FIRST CAUSE OF ACTION**
                        **(Violation of California Civil Code §3344)**
26
            1.      Answering the allegations of paragraph 1 of plaintiff's Complaint,
27
     Defendants admit all allegations therein.
28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                    1        **ANSWER OF ATLAS HOSPITALITY
                                                    GROUP, INC. AND JUSTIN B. MYERS**

2.    Answering the allegations of paragraph 2 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

3.    Answering the allegations of paragraph 3 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

4.    Answering the allegations of paragraph 4 of plaintiff's Complaint, Defendants admit that Justin B. Myers was and is a California Resident but deny that Justin B. Myers was or is an employee of Atlas Hospitality Group or that his actions were within the course and scope of his alleged employment.

5.    Answering the allegations of paragraph 5 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

6.    Answering the allegations of paragraph 6 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

7.    Answering the allegations of paragraph 7 of plaintiff's Complaint, Defendants admit that they participated in the preparation a Confidential Offering Memorandum for the Les Mars Hotel, which Confidential Memorandum was subsequently provided to eight (8) entities each of which was required to sign, and did sign, a confidentiality agreement prior to receiving the Confidential Memorandum.  Except as so admitted, Defendants deny each and every allegation in the said paragraph.

8.    Answering the allegations of paragraph 8 of plaintiff's Complaint, Defendants admit that the Confidential Offering Memorandum includes the referenced quote, which is from the Cyrus restaurant website.  Except as so admitted, Defendants deny each and every other allegation in the said paragraph.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                                                         2

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1          9.     Answering the allegations of paragraph 9 of plaintiff's Complaint,

2  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

3  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

4          10.     Answering the allegations of paragraph 10 of plaintiff's Complaint,

5  Defendants deny each and every allegation therein.

6          11.     Answering the allegations of paragraph 11 of plaintiff's Complaint,

7  Defendants deny each and every allegation therein.

8          12.     Answering the allegations of paragraph 12 of plaintiff's Complaint,

9  Defendants deny each and every allegation therein.

10          13.     Answering the allegations of paragraph 13 of plaintiff's Complaint,

11  Defendants deny all allegations therein.

12          14.     Answering the allegations of paragraph 14 of plaintiff's Complaint,

13  Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

14  against Defendants, but deny that he is entitled to such damages.

15          15.     Answering the allegations of paragraph 15 of plaintiff's Complaint,

16  Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

17  against Defendants, but deny that he is entitled to such damages.

18          16.     Answering the allegations of paragraph 16 of plaintiff's Complaint,

19  Defendants admit that plaintiff requests that all defendants be found liable to him for the greater

20  of $750 or the actual damages suffered by him as a result of the allegedly unauthorized use of his

21  name. Defendants deny that that plaintiff is entitled to such relief.

22          17.     Answering the allegations of paragraph 17 of plaintiff's Complaint,

23  Defendants admit that plaintiff requests that all defendants be found liable to him for any profits

24  from the alleged unauthorized use of his name.  Defendants deny that that plaintiff is entitled to

25  such relief.

26          18.     Answering the allegations of paragraph 18 of plaintiff's Complaint,

27  Defendants admit that plaintiff requests that all defendants be found liable to him for attorney fees

28  and costs. Defendants deny that that plaintiff is entitled to attorney fees and costs.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC         3         ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1         19.    Answering the allegations of paragraph 19 of plaintiff's Complaint,

2    Defendants admit that plaintiff requests relief set forth elsewhere in his Complaint. Defendants

3    deny that that plaintiff is entitled to any such relief.

4

### SECOND CAUSE OF ACTION
**(Violation of California Civil Code §3344)**

6         20.    Answering the allegations of paragraph 20, Defendants incorporate their

7    responses to paragraphs 1 through 19.

8         21.    Answering the allegations of paragraph 21 of plaintiff's Complaint,

9    Defendants admit all allegations therein.

10         22.    Answering the allegations of paragraph 22 of plaintiff's Complaint,

11    Defendants are without sufficient knowledge or information to form a belief as to the truth of the

12    allegations contained in said paragraph, and on that basis deny each and every allegation therein.

13         23.    Answering the allegations of paragraph 23 of plaintiff's Complaint,

14    Defendants are without sufficient knowledge or information to form a belief as to the truth of the

15    allegations contained in said paragraph, and on that basis deny each and every allegation therein.

16         24.    Answering the allegations of paragraph 24 of plaintiff's Complaint,

17    Defendants admit that Justin B. Myers was and is a California Resident but deny that Justin B.

18    Myers was or is an employee of Atlas Hospitality Group or that his actions were within the course

19    and scope of his alleged employment.

20         25.    Answering the allegations of paragraph 25 of plaintiff's Complaint,

21    Defendants are without sufficient knowledge or information to form a belief as to the truth of the

22    allegations contained in said paragraph, and on that basis deny each and every allegation therein.

23         26.    Answering the allegations of paragraph 26 of plaintiff's Complaint,

24    Defendants are without sufficient knowledge or information to form a belief as to the truth of the

25    allegations contained in said paragraph, and on that basis deny each and every allegation therein.

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

4

**ANSWER OF ATLAS HOSPITALITY GROUP, INC. AND JUSTIN B. MYERS**

1        *27.*     Answering the allegations of paragraph 27 of plaintiff's Complaint,

2    Defendants admit that they participated in the preparation a Confidential Offering Memorandum

3    for the Les Mars Hotel, which Confidential Memorandum was subsequently provided to eight (8)

4    entities each of which was required to sign, and did sign, a confidentiality agreement prior to

5    receiving the Confidential Memorandum.  Except as so admitted, Defendants deny each and

6    every allegation in the said paragraph.

7        *28.*     Answering the allegations of paragraph 28 of plaintiff's Complaint,

8    Defendants admit that the Confidential Offering Memorandum includes the referenced quote,

9    which is from the San Francisco Chronicle.  Except as so admitted, Defendants deny each and

10   every other allegation in the said paragraph.

11       29.     Answering the allegations of paragraph 29 of plaintiff's Complaint,

12   Defendants are without sufficient knowledge or information to form a belief as to the truth of the

13   allegations contained in said paragraph, and on that basis deny each and every allegation therein.

14       30.     Answering the allegations of paragraph 30 of plaintiff's Complaint,

15   Defendants deny each and every allegation therein.

16       31.     Answering the allegations of paragraph 31 of plaintiff's Complaint,

17   Defendants deny each and every allegation therein.

18       32.     Answering the allegations of paragraph 32 of plaintiff's Complaint,

19   Defendants deny each and every allegation therein.

20       33.     Answering the allegations of paragraph 33 of plaintiff's Complaint,

21   Defendants deny all allegations therein.

22       34.     Answering the allegations of paragraph 34 of plaintiff's Complaint,

23   Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

24   against Defendants, but deny that he is entitled to such damages.

25       35.     Answering the allegations of paragraph 35 of plaintiff's Complaint,

26   Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

27   against Defendants, but deny that he is entitled to such damages.

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

5

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1    36.    Answering the allegations of paragraph 36 of plaintiff's Complaint,

2  Defendants admit that plaintiff requests that all defendants be found liable to him for the greater

3  of $750 or the actual damages suffered by him as a result of the alleged unauthorized use of his

4  name. Defendants deny that that plaintiff is entitled to such relief.

5    37.    Answering the allegations of paragraph 37 of plaintiff's Complaint,

6  Defendants admit that plaintiff requests that all defendants be found liable to him for any profits

7  from the allegedly unauthorized use of his name. Defendants deny that that plaintiff is entitled to

8  such relief.

9    38.    Answering the allegations of paragraph 38 of plaintiff's Complaint,

10  Defendants admit that plaintiff requests that all defendants be found liable to him for attorney fees

11  and costs. Defendants deny that that plaintiff is entitled to attorney fees and costs.

12    39.    Answering the allegations of paragraph 39 of plaintiff's Complaint,

13  Defendants admit that plaintiff requests relief set forth elsewhere in his Complaint. Defendants

14  deny that that plaintiff is entitled to any such relief.

15

16  <div align="center">**THIRD CAUSE OF ACTION**<br>**(Violation of California Civil Code §3344)**</div>

17    40.    Answering the allegations of paragraph 20, Defendants incorporate their

18  responses to paragraphs 1 through 39.

19    41.    Answering the allegations of paragraph 41 of plaintiff's Complaint,

20  Defendants admit all allegations therein.

21    42.    Answering the allegations of paragraph 42 of plaintiff's Complaint,

22  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

23  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

24    43.    Answering the allegations of paragraph 43 of plaintiff's Complaint,

25  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

26  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

27

28

LONG & LEVIT LLP
165 CALIFORNIA STREET
SUITE 300
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                                    6

**ANSWER OF ATLAS HOSPITALITY GROUP, INC. AND JUSTIN B. MYERS**

1   44.   Answering the allegations of paragraph 44 of plaintiff's Complaint,

2   Defendants admit that Justin B. Myers was and is a California Resident but deny that Justin B.

3   Myers was or is an employee of Atlas Hospitality Group or that his actions were within the course

4   and scope of his alleged employment.

5   45.   Answering the allegations of paragraph 45 of plaintiff's Complaint,

6   Defendants are without sufficient knowledge or information to form a belief as to the truth of the

7   allegations contained in said paragraph, and on that basis deny each and every allegation therein.

8   46.   Answering the allegations of paragraph 46 of plaintiff's Complaint,

9   Defendants are without sufficient knowledge or information to form a belief as to the truth of the

10   allegations contained in said paragraph, and on that basis deny each and every allegation therein.

11   *47.*   Answering the allegations of paragraph 47 of plaintiff's Complaint,

12   Defendants admit that they participated in the preparation a Confidential Offering Memorandum

13   for the Les Mars Hotel, which Confidential Memorandum was subsequently provided to eight (8)

14   entities each of which was required to sign, and did sign, a confidentiality agreement prior to

15   receiving the Confidential Memorandum.  Except as so admitted, Defendants deny each and

16   every allegation in the said paragraph.

17   *48.*   Answering the allegations of paragraph 48 of plaintiff's Complaint,

18   Defendants admit that the Confidential Offering Memorandum includes the referenced quote,

19   which is from the San Francisco Chronicle.  Except as so admitted, Defendants deny each and

20   every other allegation in the said paragraph.

21   49.   Answering the allegations of paragraph 49 of plaintiff's Complaint,

22   Defendants are without sufficient knowledge or information to form a belief as to the truth of the

23   allegations contained in said paragraph, and on that basis deny each and every allegation therein.

24   50.   Answering the allegations of paragraph 50 of plaintiff's Complaint,

25   Defendants deny each and every allegation therein.

26   51.   Answering the allegations of paragraph 51 of plaintiff's Complaint,

27   Defendants deny each and every allegation therein

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                    7      ANSWER OF ATLAS HOSPITALITY
                                                  GROUP, INC. AND JUSTIN B. MYERS

1    52.    Answering the allegations of paragraph 52 of plaintiff's Complaint,

2    Defendants deny each and every allegation therein.

3    53.    Answering the allegations of paragraph 53 of plaintiff's Complaint,

4    Defendants deny all allegations therein.

5    54.    Answering the allegations of paragraph 54 of plaintiff's Complaint,

6    Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

7    against Defendants, but deny that he is entitled to such damages.

8    55.    Answering the allegations of paragraph 55 of plaintiff's Complaint,

9    Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

10   against Defendants, but deny that he is entitled to such damages.

11   56.    Answering the allegations of paragraph 56 of plaintiff's Complaint,

12   Defendants admit that plaintiff requests that all defendants be found liable to him for the greater

13   of $750 or the actual damages suffered by him as a result of the allegedly unauthorized use of his

14   name.  Defendants deny that that plaintiff is entitled to such relief.

15   57.    Answering the allegations of paragraph 57 of plaintiff's Complaint,

16   Defendants admit that plaintiff requests that all defendants be found liable to him for any profits

17   from the allegedly unauthorized use of his name.  Defendants deny that that plaintiff is entitled to

18   such relief.

19   58.    Answering the allegations of paragraph 58 of plaintiff's Complaint,

20   Defendants admit that plaintiff requests that all defendants be found liable to him for attorney fees

21   and costs.  Defendants deny that that plaintiff is entitled to attorney fees and costs.

22   59.    Answering the allegations of paragraph 59 of plaintiff's Complaint,

23   Defendants admit that plaintiff requests relief set forth elsewhere in his Complaint.  Defendants

24   deny that that plaintiff is entitled to any such relief.

25

26                    **FOURTH CAUSE OF ACTION**
                     **(Violation of California Civil Code §3344)**

27   60.    Answering the allegations of paragraph 60, Defendants incorporate their

28   responses to paragraphs 1 through 59.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                    8        **ANSWER OF ATLAS HOSPITALITY
                                                   GROUP, INC. AND JUSTIN B. MYERS**

61.    Answering the allegations of paragraph 61 of plaintiff's Complaint, Defendants admit all allegations therein.

62.    Answering the allegations of paragraph 62 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

63.    Answering the allegations of paragraph 63 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

64.    Answering the allegations of paragraph 64 of plaintiff's Complaint, Defendants admit that Justin B. Myers was and is a California Resident but deny that Justin B. Myers was or is an employee of Atlas Hospitality Group or that his actions were within the course and scope of his alleged employment.

65.    Answering the allegations of paragraph 65 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

66.    Answering the allegations of paragraph 66 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

67.    Answering the allegations of paragraph 67 of plaintiff's Complaint, Defendants admit that they participated in the preparation a Confidential Offering Memorandum for the Les Mars Hotel, which Confidential Memorandum was subsequently provided to eight (8) entities each of which was required to sign, and did sign, a confidentiality agreement prior to receiving the Confidential Memorandum. Except as so admitted, Defendants deny each and every allegation in the said paragraph..

68.    Answering the allegations of paragraph 68 of plaintiff's Complaint, Defendants admit that the Confidential Offering Memorandum includes the referenced quote, which is from the publication *Gourmet America's Top 50 Restaurants.* Except as so admitted, Defendants deny each and every other allegation in the said paragraph.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

9

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1    69.    Answering the allegations of paragraph 69 of plaintiff's Complaint,

2    Defendants are without sufficient knowledge or information to form a belief as to the truth of the

3    allegations contained in said paragraph, and on that basis deny each and every allegation therein.

4    70.    Answering the allegations of paragraph 70 of plaintiff's Complaint,

5    Defendants deny each and every allegation therein.

6    71.    Answering the allegations of paragraph 71 of plaintiff's Complaint,

7    Defendants deny each and every allegation therein

8    72.    Answering the allegations of paragraph 72 of plaintiff's Complaint,

9    Defendants deny each and every allegation therein.

10    73.    Answering the allegations of paragraph 73 of plaintiff's Complaint,

11    Defendants deny all allegations therein.

12    74.    Answering the allegations of paragraph 74 of plaintiff's Complaint,

13    Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

14    against Defendants, but deny that he is entitled to such damages.

15    75.    Answering the allegations of paragraph 75 of plaintiff's Complaint,

16    Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

17    against Defendants, but deny that he is entitled to such damages.

18    76.    Answering the allegations of paragraph 76 of plaintiff's Complaint,

19    Defendants admit that plaintiff requests that all defendants be found liable to him for the greater

20    of $750 or the actual damages suffered by him as a result the allegedly unauthorized use of his

21    name. Defendants deny that that plaintiff is entitled to such relief.

22    77.    Answering the allegations of paragraph 77 of plaintiff's Complaint,

23    Defendants admit that plaintiff requests that all defendants be found liable to him for any profits

24    from the allegedly unauthorized use of his name. Defendants deny that that plaintiff is entitled to

25    such relief.

26    78.    Answering the allegations of paragraph 78 of plaintiff's Complaint,

27    Defendants admit that plaintiff requests that all defendants be found liable to him for attorney fees

28    and costs. Defendants deny that that plaintiff is entitled to attorney fees and costs.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                                    ANSWER OF ATLAS HOSPITALITY
                                                    10    GROUP, INC. AND JUSTIN B. MYERS

1    79.    Answering the allegations of paragraph 79 of plaintiff's Complaint,

2  Defendants admit that plaintiff requests relief set forth elsewhere in his Complaint.  Defendants

3  deny that that plaintiff is entitled to any such relief.

4

5  <center>**FIFTH CAUSE OF ACTION**
(Violation of California Civil Code §3344)</center>

6    80.    Answering the allegations of paragraph 80, Defendants incorporate their

7  responses to paragraphs 1 through 79.

8    81.    Answering the allegations of paragraph 81 of plaintiff's Complaint,

9  Defendants admit all allegations therein.

10    82.    Answering the allegations of paragraph 82 of plaintiff's Complaint,

11  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

12  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

13    83.    Answering the allegations of paragraph 83 of plaintiff's Complaint,

14  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

15  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

16    84.    Answering the allegations of paragraph 84 of plaintiff's Complaint,

17  Defendants admit that Justin B. Myers was and is a California Resident but deny that Justin B.

18  Myers was or is an employee of Atlas Hospitality Group or that his actions were within the course

19  and scope of his alleged employment.

20    85.    Answering the allegations of paragraph 85 of plaintiff's Complaint,

21  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

22  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

23    86.    Answering the allegations of paragraph 86 of plaintiff's Complaint,

24  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

25  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                    11            **ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS**

1      87.    Answering the allegations of paragraph 87 of plaintiff's Complaint,

2   Defendants admit that they participated in the preparation a Confidential Offering Memorandum

3   for the Les Mars Hotel, which Confidential Memorandum was subsequently provided to eight (8)

4   entities each of which was required to sign, and did sign, a confidentiality agreement prior to

5   receiving the Confidential Memorandum.  Except as so admitted, Defendants deny each and

6   every allegation in the said paragraph.

7      88.    Answering the allegations of paragraph 88 of plaintiff's Complaint,

8   Defendants admit that the Confidential Offering Memorandum includes the referenced quote,

9   which is from the publication *Food and Wine*.  Except as so admitted, Defendants deny each and

10  every other allegation in the said paragraph.

11     89.    Answering the allegations of paragraph 89 of plaintiff's Complaint,

12  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

13  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

14     90.    Answering the allegations of paragraph 90 of plaintiff's Complaint,

15  Defendants deny each and every allegation therein.

16     91.    Answering the allegations of paragraph 91 of plaintiff's Complaint,

17  Defendants deny each and every allegation therein.

18     92.    Answering the allegations of paragraph 92 of plaintiff's Complaint,

19  Defendants deny each and every allegation therein.

20     93.    Answering the allegations of paragraph 93 of plaintiff's Complaint,

21  Defendants deny each and every allegation therein.

22     94.    Answering the allegations of paragraph 94 of plaintiff's Complaint,

23  Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

24  against Defendants, but deny that he is entitled to such damages.

25     95.    Answering the allegations of paragraph 95 of plaintiff's Complaint,

26  Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed

27  against Defendants, but deny that he is entitled to such damages.

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

12

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1    96.    Answering the allegations of paragraph 96 of plaintiff's Complaint,

2  Defendants admit that plaintiff requests that all defendants be found liable to him for the greater

3  of $750 or the actual damages suffered by him as a result of the allegedly unauthorized use of his

4  name. Defendants deny that that plaintiff is entitled to such relief.

5    97.    Answering the allegations of paragraph 97 of plaintiff's Complaint,

6  Defendants admit that plaintiff requests that all defendants be found liable to him for any profits

7  from the allegedly unauthorized use of his name. Defendants deny that that plaintiff is entitled to

8  such relief.

9    98.    Answering the allegations of paragraph 98 of plaintiff's Complaint,

10  Defendants admit that plaintiff requests that all defendants be found liable to him for attorney fees

11  and costs. Defendants deny that that plaintiff is entitled to attorney fees and costs.

12    99.    Answering the allegations of paragraph 99 of plaintiff's Complaint,

13  Defendants admit that plaintiff requests relief set forth elsewhere in his Complaint. Defendants

14  deny that plaintiff is entitled to any such relief.

15

16
### SIXTH CAUSE OF ACTION
### (Violation of California Civil Code §3344)

17    100.    Answering the allegations of paragraph 20, Defendants incorporate their

18  responses to paragraphs 1 through 99.

19    101.    Answering the allegations of paragraph 101 of plaintiff's Complaint,

20  Defendants admit all allegations therein.

21    102.    Answering the allegations of paragraph 102 of plaintiff's Complaint,

22  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

23  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

24    103.    Answering the allegations of paragraph 103 of plaintiff's Complaint,

25  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

26  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                    13

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

104.    Answering the allegations of paragraph 104 of plaintiff's Complaint, Defendants admit that Justin B. Myers was and is a California Resident but deny that Justin B. Myers was or is an employee of Atlas Hospitality Group or that his actions were within the course and scope of his alleged employment.

105.    Answering the allegations of paragraph 105 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

106.    Answering the allegations of paragraph 106 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

*107.*    Answering the allegations of paragraph 107 of plaintiff's Complaint, Defendants admit that they participated in the preparation a Confidential Offering Memorandum for the Les Mars Hotel, which Confidential Memorandum was subsequently provided to eight (8) entities each of which was required to sign, and did sign, a confidentiality agreement prior to receiving the Confidential Memorandum.  Except as so admitted, Defendants deny each and every allegation in the said paragraph.

108.    Answering the allegations of paragraph 108 of plaintiff's Complaint, Defendants admit that the Confidential Offering Memorandum includes the referenced quote, which is from the publication *Esquire - Chef of the Year*.  Except as so admitted, Defendants deny each and every other allegation in the said paragraph.

109.    Answering the allegations of paragraph 109 of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

110.    Answering the allegations of paragraph 110 of plaintiff's Complaint, Defendants deny each and every allegation therein.

111.    Answering the allegations of paragraph 111 of plaintiff's Complaint, Defendants deny each and every allegation therein.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

14

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

112.    Answering the allegations of paragraph 112 of plaintiff's Complaint, Defendants deny each and every allegation therein.

113.    Answering the allegations of paragraph 113 of plaintiff's Complaint, Defendants deny each and every allegations therein.

114.    Answering the allegations of paragraph 114 of plaintiff's Complaint, Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed against Defendants, but deny that he is entitled to such damages.

115.    Answering the allegations of paragraph 115 of plaintiff's Complaint, Defendants admit that plaintiff requests that exemplary and/or punitive damages be assessed against Defendants, but deny that he is entitled to such damages.

116.    Answering the allegations of paragraph 116 of plaintiff's Complaint, Defendants admit that plaintiff requests that all defendants be found liable to him for the greater of $750 or the actual damages suffered by him as a result of the allegedly unauthorized use of his name. Defendants deny that that plaintiff is entitled to such relief.

117.    Answering the allegations of paragraph 117 of plaintiff's Complaint, Defendants admit that plaintiff requests that all defendants be found liable to him for any profits from the allegedly unauthorized use of his name. Defendants deny that that plaintiff is entitled to such relief.

118.    Answering the allegations of paragraph 118 of plaintiff's Complaint, Defendants admit that plaintiff requests that all defendants be found liable to him for attorney fees and costs. Defendants deny that that plaintiff is entitled to attorney fees and costs.

119.    Answering the allegations of paragraph 119 of plaintiff's Complaint, Defendants admit that plaintiff requests relief set forth elsewhere in his Complaint. Defendants deny that that plaintiff is entitled to any such relief.

### SEVENTH CAUSE OF ACTION
### (Violation of California Civil Code §3344)

120.    Answering the allegations of paragraph 120, Defendants incorporate their responses to paragraphs 1 through 119.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

15

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1    121.    Answering the allegations of paragraph 121 of plaintiff's Complaint,

2  Defendants admit all allegations therein.

3    122.    Answering the allegations of paragraph 122 of plaintiff's Complaint,

4  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

5  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

6    123.    Answering the allegations of paragraph 123 of plaintiff's Complaint,

7  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

8  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

9    124.    Answering the allegations of paragraph 124 of plaintiff's Complaint,

10  Defendants admit that Justin B. Myers was and is a California Resident but deny that Justin B.

11  Myers was or is an employee of Atlas Hospitality Group or that his actions were within the course

12  and scope of his alleged employment.

13    125.    Answering the allegations of paragraph 125 of plaintiff's Complaint,

14  Defendants are without sufficient knowledge or information to form a belief as to the truth of the

15  allegations contained in said paragraph, and on that basis deny each and every allegation therein.

16    126.    Answering the allegations of paragraph 126 (which is misnumbered as

17  paragraph 120) of plaintiff's Complaint, Defendants are without sufficient knowledge or

18  information to form a belief as to the truth of the allegations contained in said paragraph, and on

19  that basis deny each and every allegation therein.

20    127.    Answering the allegations of paragraph 127(which is misnumbered as

21  paragraph 121) of plaintiff's Complaint, Defendants admit that they participated in the

22  preparation a Confidential Offering Memorandum for the Les Mars Hotel, which Confidential

23  Memorandum was subsequently provided to eight (8) entities each of which was required to sign,

24  and did sign, a confidentiality agreement prior to receiving the Confidential Memorandum.

25  Except as so admitted, Defendants deny each and every allegation in the said paragraph.

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

16

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1          *128.*     Answering the allegations of paragraph 128 (which is misnumbered as

2   paragraph 122) of plaintiff's Complaint, Defendants admit that the Confidential Offering

3   Memorandum includes the referenced quote, which is from the publication *Esquire - Chef of the*

4   *Year*. Except as so admitted, Defendants denies each and every other allegation in the said

5   paragraph.

6          129.     Answering the allegations of paragraph 129 (which is misnumbered as

7   paragraph 123) of plaintiff's Complaint, Defendants are without sufficient knowledge or

8   information to form a belief as to the truth of the allegations contained in said paragraph, and on

9   that basis deny each and every allegation therein.

10         130.     Answering the allegations of paragraph 130 (which is misnumbered as

11  paragraph 124) of plaintiff's Complaint, Defendants deny each and every allegation therein.

12         131.     Answering the allegations of paragraph 131 (which is misnumbered as

13  paragraph 125) of plaintiff's Complaint, Defendants deny each and every allegation therein.

14         132.     Answering the allegations of paragraph 132 (which is misnumbered as

15  paragraph 126) of plaintiff's Complaint, Defendants deny each and every allegation therein.

16         133.     Answering the allegations of paragraph 133 (which is misnumbered as

17  paragraph 127) of plaintiff's Complaint, Defendants deny each and every allegations therein.

18         134.     Answering the allegations of paragraph 134 (which is misnumbered as

19  paragraph 128) of plaintiff's Complaint, Defendants admit that plaintiff requests that exemplary

20  and/or punitive damages be assessed against Defendants, but deny that he is entitled to such

21  damages.

22         135.     Answering the allegations of paragraph 135 (which is misnumbered as

23  paragraph 129) of plaintiff's Complaint, Defendants admit that plaintiff requests that exemplary

24  and/or punitive damages be assessed against Defendants, but deny that he is entitled to such

25  damages.

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

17

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

136.    Answering the allegations of paragraph 136 (which is misnumbered as paragraph 130) of plaintiff's Complaint, Defendants admit that plaintiff requests that all defendants be found liable to him for the greater of $750 or the actual damages suffered by him as a result of the allegedly unauthorized use of his name.  Defendants deny that that plaintiff is entitled to such relief.

137.    Answering the allegations of paragraph 137 (which is misnumbered as paragraph 131) of plaintiff's Complaint, Defendants admit that plaintiff requests that all defendants be found liable to him for any profits from the alleged unauthorized use of his name. Defendants deny that that plaintiff is entitled to such relief.

138.    Answering the allegations of paragraph 138(which is misnumbered as paragraph 132) of plaintiff's Complaint, Defendants admit that plaintiff requests that all defendants be found liable to him for attorney fees and costs.  Defendants deny that that plaintiff is entitled to attorney fees and costs.

139.    Answering the allegations of paragraph 139 (which is misnumbered as paragraph 133) of plaintiff's Complaint, Defendants admit that plaintiff requests relief set forth elsewhere in his Complaint.  Defendants deny that plaintiff is entitled to any such relief.

### EIGHTH CAUSE OF ACTION
### (Violation of California Civil Code §3344)

140.    Answering the allegations of paragraph 140 (which is misnumbered as paragraph 134), Defendants incorporate their responses to paragraphs 1 through 133.

141.    Answering the allegations of paragraph 140 (which is misnumbered as paragraph 135) of plaintiff's Complaint, Defendants admit all allegations therein.

142.    Answering the allegations of paragraph 142 (which is misnumbered as paragraph 136) of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

18

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

143. Answering the allegations of paragraph 143 (which is misnumbered as paragraph 137) of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

144. Answering the allegations of paragraph 144 (which is misnumbered as paragraph 138) of plaintiff's Complaint, Defendants admit that Justin B. Myers was and is a California Resident but deny that Justin B. Myers was or is an employee of Atlas Hospitality Group or that his actions were within the course and scope of his alleged employment.

145. Answering the allegations of paragraph 145 (which is misnumbered as paragraph 139) of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

146. Answering the allegations of paragraph 146 (which is misnumbered as paragraph 140) of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

147. Answering the allegations of paragraph 147 (which is misnumbered as paragraph 141) of plaintiff's Complaint, Defendants admit that they participated in the preparation a Confidential Offering Memorandum for the Les Mars Hotel, which Confidential Memorandum was subsequently provided to eight (8) entities each of which was required to sign, and did sign, a confidentiality agreement prior to receiving the Confidential Memorandum. Except as so admitted, Defendants deny each and every allegation in the said paragraph.

148. Answering the allegations of paragraph 148 (which is misnumbered as paragraph 142) of plaintiff's Complaint, Defendants admit that the Confidential offering memorandum includes a photo of Plaintiff, which is from the Cyrus restaurant website. Except as so admitted, Defendants deny each and every other allegation in said paragraph.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

19

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1    149.    Answering the allegations of paragraph 149 (which is misnumbered as

2  paragraph 143) of plaintiff's Complaint, Defendants are without sufficient knowledge or

3  information to form a belief as to the truth of the allegations contained in said paragraph, and on

4  that basis deny each and every allegation therein.

5    150.    Answering the allegations of paragraph 150 (which is misnumbered as

6  paragraph 144) of plaintiff's Complaint, Defendants deny each and every allegation therein.

7    151.    Answering the allegations of paragraph 151(which is misnumbered as

8  paragraph 145) of plaintiff's Complaint, Defendants deny each and every allegation therein.

9    152.    Answering the allegations of paragraph 152 (which is misnumbered as

10  paragraph 146) of plaintiff's Complaint, Defendants deny each and every allegation therein.

11    153.    Answering the allegations of paragraph 153 (which is misnumbered as

12  paragraph 147) of plaintiff's Complaint, Defendants deny each and every allegation therein.

13    154.    Answering the allegations of paragraph 154 (which is misnumbered as

14  paragraph 148) of plaintiff's Complaint, Defendants admit that plaintiff requests that exemplary

15  and/or punitive damages be assessed against Defendants, but deny that he is entitled to such

16  damages.

17    155.    Answering the allegations of paragraph 155 (which is misnumbered as

18  paragraph 149) of plaintiff's Complaint, Defendants admit that plaintiff requests that exemplary

19  and/or punitive damages be assessed against Defendants, but deny that he is entitled to such

20  damages.

21    156.    Answering the allegations of paragraph 156 (which is misnumbered as

22  paragraph 150) of plaintiff's Complaint, Defendants admit that plaintiff requests that all

23  defendants be found liable to him for the greater of $750 or the actual damages suffered by him as

24  a result of the alleged unauthorized use of his name.  Defendants deny that that plaintiff is entitled

25  to such relief.

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

20

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1    157.    Answering the allegations of paragraph 157 (which is misnumbered as

2    paragraph 151) of plaintiff's Complaint, Defendants admit that plaintiff requests that all

3    defendants be found liable to him for any profits from the allegedly unauthorized use of his name.

4    Defendants deny that that plaintiff is entitled to such relief.

5    158.    Answering the allegations of paragraph 158 (which is misnumbered as

6    paragraph 152) of plaintiff's Complaint, Defendants admit that plaintiff requests that all

7    defendants be found liable to him for attorney fees and costs.  Defendants deny that that plaintiff

8    is entitled to attorney fees and costs.

9    159.    Answering the allegations of paragraph 159 (which is misnumbered as

10    paragraph 153) of plaintiff's Complaint, Defendants admit that plaintiff requests relief set forth

11    elsewhere in his Complaint.  Defendants deny that that plaintiff is entitled to any such relief.

12
13
**NINTH CAUSE OF ACTION**
**(Appropriation of Right of Publicity for Commercial Purposes)**

14    160.    Answering the allegations of paragraph 160 (which is misnumbered as

15    paragraph 154), Defendants incorporate their responses to paragraphs 1 through 159.

16    161.    Answering the allegations of paragraph 161 (which is misnumbered as

17    paragraph 155) of plaintiff's Complaint, Defendants admit all allegations therein.

18    162.    Answering the allegations of paragraph 162 (which is misnumbered as

19    paragraph 156) of plaintiff's Complaint, Defendants are without sufficient knowledge or

20    information to form a belief as to the truth of the allegations contained in said paragraph, and on

21    that basis deny each and every allegation therein.

22    163.    Answering the allegations of paragraph 163 (which is misnumbered as

23    paragraph 157) of plaintiff's Complaint, Defendants are without sufficient knowledge or

24    information to form a belief as to the truth of the allegations contained in said paragraph, and on

25    that basis deny each and every allegation therein.

26
27
28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                                    21

**ANSWER OF ATLAS HOSPITALITY**
**GROUP, INC. AND JUSTIN B. MYERS**

164.    Answering the allegations of paragraph 164 (which is misnumbered as paragraph 158) of plaintiff's Complaint, Defendants admit that Justin B. Myers was and is a California Resident but deny that Justin B. Myers was or is an employee of Atlas Hospitality Group or that his actions were within the course and scope of his alleged employment.

165.    Answering the allegations of paragraph 165 (which is misnumbered as paragraph 159) of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

166.    Answering the allegations of paragraph 166 (which is misnumbered as paragraph 160) of plaintiff's Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every allegation therein.

167.    Answering the allegations of paragraph 167 (which is misnumbered as paragraph 161) of plaintiff's Complaint, Defendants admit that they participated in the preparation a Confidential Offering Memorandum for the Les Mars Hotel, which Confidential Memorandum was subsequently provided to eight (8) entities each of which was required to sign, and did sign, a confidentiality agreement prior to receiving the Confidential Memorandum. Except as so admitted, Defendants deny each and every allegation in the said paragraph.

168.    Answering the allegations of paragraph 168 (which is also misnumbered as paragraph 161) of plaintiff's Complaint, Defendants admit that the confidential offering memorandum includes the referenced quote, which is from the Cyrus restaurant website. Except as so admitted, Defendants deny each and every other allegation in the said paragraph.

*169.*    Answering the allegations of paragraph 169 (which is misnumbered as paragraph 162) of plaintiff's Complaint, Defendants admit that the confidential offering memorandum includes the referenced quote, which is from the San Francisco Chronicle. Except as so admitted, Defendants deny each and every other allegation in the said paragraph.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

22

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1    *170.*    Answering the allegations of paragraph 170 (which is misnumbered as

2    paragraph 163) of plaintiff's Complaint, Defendants admit that the confidential offering

3    memorandum includes the referenced quote, which is from the San Francisco Chronicle. Except

4    as so admitted, Defendants deny each and every other allegation in the said paragraph.

5    *171.*    Answering the allegations of paragraph 171 (which is misnumbered as

6    paragraph 164) of plaintiff's Complaint, Defendants admit that the confidential offering

7    memorandum includes the referenced quote, which is from the publication *Gourmet - America's*

8    *Top 50 Restaurants.* Except as so admitted, Defendants deny each and every other allegation in

9    the said paragraph.

10    *172.*    Answering the allegations of paragraph 172 (which is misnumbered as

11    paragraph 165) of plaintiff's Complaint, Defendants admit that the confidential offering

12    memorandum includes the referenced quote, which is from the publication *Food and Wine.*

13    Except as so admitted, Defendants deny each and every other allegation in the said paragraph.

14    *173.*    Answering the allegations of paragraph 173 (which is misnumbered as

15    paragraph 166) of plaintiff's Complaint, Defendants admit that the confidential offering

16    memorandum includes the referenced quote, which is from the publication *Esquire - Chef of the*

17    *Year*. Except as so admitted, Defendants deny each and every other allegation in the said

18    paragraph.

19    *174.*    Answering the allegations of paragraph 174 (which is misnumbered as

20    paragraph 167) of plaintiff's Complaint, Defendants admit that the confidential offering

21    memorandum includes the referenced quote, which is from the publication *Esquire - Chef of the*

22    *Year*. Except as so admitted, Defendants deny each and every other allegation in the said

23    paragraph.

24    175.    Answering the allegations of paragraph 175 (which is misnumbered as

25    paragraph 168) of plaintiff's Complaint, Defendants admit that the Confidential offering

26    memorandum includes a photo of Plaintiff, which is from the Cyrus restaurant website. Except as

27    so admitted, Defendants deny each and every other allegation in said paragraph.

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

23

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1        176.    Answering the allegations of paragraph 176 (which is misnumbered as

2    paragraph 169) of plaintiff's Complaint, Defendants deny each and every allegation therein.

3        177.    Answering the allegations of paragraph 177 (which is misnumbered as

4    paragraph 170) of plaintiff's Complaint, Defendants are without sufficient knowledge or

5    information to form a belief as to the truth of the allegations contained in said paragraph, and on

6    that basis deny each and every allegation therein.

7        178.    Answering the allegations of paragraph 178 (which is misnumbered as

8    paragraph 171) of plaintiff's Complaint, Defendants are without sufficient knowledge or

9    information to form a belief as to the truth of the allegations contained in said paragraph, and on

10    that basis deny each and every allegation therein.

11        179.    Answering the allegations of paragraph 179 (which is misnumbered as

12    paragraph 172) of plaintiff's Complaint, Defendants deny each and every allegation therein.

13        180.    Answering the allegations of paragraph 180 (which is misnumbered as

14    paragraph 173) of plaintiff's Complaint, Defendants deny each and every allegation therein.

15        181.    Answering the allegations of paragraph 180 (which is misnumbered as

16    paragraph 174) of plaintiff's Complaint, Defendants deny each and every allegation therein.

17        182.    Answering the allegations of paragraph 182 (which is misnumbered as

18    175) of plaintiff's Complaint, Defendants deny each and every allegation therein.

19        183.    Answering the allegations of paragraph 183 (which is misnumbered as

20    paragraph 176) of plaintiff's Complaint, Defendants admit that plaintiff requests that exemplary

21    and/or punitive damages be assessed against Defendants, but deny that he is entitled to such

22    damages.

23        184.    Answering the allegations of paragraph 184 (which is misnumbered as

24    paragraph 177) of plaintiff's Complaint, Defendants admit that plaintiff requests relief set forth

25    elsewhere in his Complaint.  Defendants deny that that plaintiff is entitled to such relief.

26

27    **AFFIRMATIVE DEFENSES**

28    As separate affirmative defenses to each cause of action the complaint, Defendants allege:

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC

24

**ANSWER OF ATLAS HOSPITALITY GROUP, INC. AND JUSTIN B. MYERS**

### FIRST AFFIRMATIVE DEFENSE
#### (Unclean Hands)

Plaintiff's Complaint, and each purported cause of action alleged against Defendants, are

barred by virtue of plaintiff's conduct under the equitable doctrine of unclean hands.

### SECOND AFFIRMATIVE DEFENSE
#### (Waiver)

Plaintiff's Complaint, and each purported cause of action against Defendants, and/or some

or all of the damages sought therein, are barred because plaintiff has expressly or impliedly

waived his right to such recovery and/or such alleged damages.

### THIRD AFFIRMATIVE DEFENSE
#### (Consent)

Plaintiff's Complaint, and each purported cause of action against Defendants, and the

damages sought therein, are barred to the extent plaintiff expressly or implicitly consented to the

alleged conduct of Defendants and is therefore precluded from recovering any damages therefore.

### FOURTH AFFIRMATIVE DEFENSE
#### (Intentional or Negligent Conduct of Third Parties)

Defendants allege that other third party individuals or entities were negligent and/or

committed intentional acts in and about the matters alleged in the Complaint, and that these

negligent and/or intentional acts proximately caused and/or contributed to the matters alleged in

the Complaint.  Accordingly, any damages to which plaintiff might be entitled to should be

apportioned by the amount of fault attributable to such third parties.

### FIFTH AFFIRMATIVE DEFENSE
#### (Estoppel)

By reason of plaintiff's acts and omissions, plaintiff is estopped from recovering damages,

if any.

### SIXTH AFFIRMATIVE DEFENSE
#### (Preemption)

Plaintiff's Complaint, and each purported cause of action against Defendants, are

preempted by the provisions of the Copyright Act, 17 U.S.C. §101 *et seq.*

### PRAYER

WHEREFORE, Defendants request that the court enter judgment in this action as follows:

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                                25

ANSWER OF ATLAS HOSPITALITY
GROUP, INC. AND JUSTIN B. MYERS

1      1.      That plaintiff take nothing by his Complaint;

2      2.      That judgment be rendered in favor of Defendants;

3      3.      That Defendants be awarded costs of suit and attorney's fees incurred herein; and

4      4.      For such other and further relief as the Court deems just and proper.

5

6

7

8      Dated: December ___, 2007                    LONG & LEVIT LLP

9

10                                                  By  _____

11                                                      DOUGLAS J. MELTON
                                                        JOHN B. SULLIVAN
12                                                      Attorneys for Defendants
                                                        ATLAS HOSPITALITY GROUP, INC.,
13                                                      and JUSTIN B. MYERS

14     DOCS\Z8000-800\542542.V1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                    26      ANSWER OF ATLAS HOSPITALITY
                                                  GROUP, INC. AND JUSTIN B. MYERS