1  JOSEPH P. McMONIGLE  SBN # 66811
   DOUGLAS J. MELTON  SBN # 161353
2  JOHN B. SULLIVAN  SBN #238306
   LONG & LEVIT LLP
3  465 California Street, Suite 500
   San Francisco, CA  94104
4  TEL: (415) 397-2222   FAX: (415) 397-6392
   jmcmonigle@longlevit.com / dmelton@longlevit.com
5  jsullivan@longlevit.com

6  Attorneys for Defendants
   ATLAS HOSPITALITY GROUP, INC.,
7  and JUSTIN B. MYERS,

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | DOUGLAS KEANE,                    | CASE No. C07-06074 EMC
13 |         Plaintiff,                | SUBSTITUTION OF ATTORNEYS
14 |    vs.                            | Action Filed:    October 22, 2007
   |                                    | Action Removed:  November 30, 2007
15 | ATLAS HOSPITALITY GROUP,           | Judge:           Hon. Edward M. Chen
   | HEDMARK VIII, LLC and WESTLAND
16 | FINANCIAL III, LLC and JUSTIN B.
   | MYERS,
17 |
   |         Defendants.
18

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                      1                          SUBSTITUTION OF ATTORNEYS

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Please be advised that defendants ATLAS HOSPITALITY GROUP, INC., and JUSTIN B. MYERS, make the following substitution:

**FORMER LEGAL REPRESENTATIVE**

Stephen S. Cohn
BERGER KAHN
PO Box 19694
Irvine, CA 92623
2 Park Place, Suite 650
Irvine, CA 92623
Telephone: (949) 474-1880
Facsimile: (949) 474-7265

**NEW LEGAL REPRESENTATIVE**

Joseph P. McMonigle
Douglas J. Melton
John B. Sullivan
LONG & LEVIT LLP
465 California Street
San Francisco, CA 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392

I consent to this substitution.

Dated: December 4, 2007

ATLAS HOSPITALITY GROUP, INC.

By _____
Wilson Wang
Vice President

I consent to this substitution.

Dated: December 4, 2007

By _____
Justin B. Myers

---

CASE No. C07-06074 EMC                                    SUBSTITUTION OF ATTORNEYS

2

1  I consent to this substitution.

2  Dated: December 5, 2007           BERGER KAHN

3

4                                    By _____
5                                       Stephen S. Cohn
                                        Former Legal Representative
6

7

8  I consent to this substitution.

9

10 Dated: December 6, 2007            LONG & LEVIT LLP

11

12                                    By _____
                                         Douglas J. Melton
13 DOCSSZ8000-8005\42570.V1              New Legal Representative

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

CASE No. C07-06074 EMC                    SUBSTITUTION OF ATTORNEYS
                         3