```
ROSS B. JONES, SBN 120593
Merrill, Arnone & Jones, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile:  (707) 528-6015
```

Attorneys for Defendants

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SONOMA

| | |
|---|---|
| DOUGLAS KEANE. | CASE NO. SCV-241706 |
| Plaintiff. | NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |
| vs. | |
| ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MEYERS. | |
| Defendants. | |

TO PLAINTIFF DOUGLAS KEANE AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California.

/////
/////
/////
/////
/////
/////
/////

1
**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

A copy of the said Notice of Removal is attached to this notice, and is served and filed herewith.

DATED: 11/30/07

          MERRILL, ARNONE & JONES, LLP

_____
Attorney for Defendants
HEDMARK VIII, LLC and
WESTLAND FINANCIAL III, LLC,

2
**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**