ROSS B. JONES, SBN 120593
Merrill, Arnone & Jones, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile: (707) 528-6015

Attorneys for Defendants

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SONOMA

| | |
|---|---|
| DOUGLAS KEANE. | CASE NO. SCV-241706 |
| Plaintiff. | NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |
| vs. | |
| ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MEYERS. | |
| Defendants. | |

TO PLAINTIFF DOUGLAS KEANE AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California.

/////
/////
/////
/////
/////
/////
/////

1

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1     A copy of the said Notice of Removal is attached to this notice, and is served and
2 filed herewith.

3 DATED: 11/30/07

5                            MERRILL, ARNONE & JONES, LLP

8                            Attorney for Defendants
9                            HEDMARK VIII, LLC and
                            WESTLAND FINANCIAL III, LLC,