STEPHAN S. COHN, SBN 125660
BERGER KAHN
A Law Corporation
Mail Service:
  Post Office Box 19694
  Irvine, CA 92623-9694
Location:
  2 Park Plaza, Suite 650
  Irvine, California 92614-8516
Tel: (949) 474-1880 • Fax: (949) 474-7265

Attorneys for Defendants, ATLAS HOSPITALITY GROUP, INC., and JUSTIN B. MEYERS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KEANE, | CASE NO.: |
| Plaintiff, | **JOINDER IN NOTICE OF REMOVAL OF ACTION** |
| vs. | |
| ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MEYERS, | |
| Defendants. | |

Defendants ATLAS HOSPITALITY GROUP and JUSTIN B. MEYERS, herby joins in HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC's Notice of Removal to this Court of the state court action described in the said Notice of Removal.

DATED: November 30, 2007

BERGER KAHN, A Law Corporation

By: _____
STEPHAN S. COHN
Attorneys for Defendants ATLAS HOSPITALITY GROUP, INC., and JUSTIN B. MEYERS