ROSS B. JONES, SBN 120593
Merrill, Arnone & Jones, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile:  (707) 528-6015

Attorneys for Defendants
HEDMARK VIII, LLC and
WESTLAND FINANCIAL III, LLC

# UNTIED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KEANE. | CASE NO. SCV-241706 |
| Plaintiff. | |
| vs. | **PROOF OF SERVICE** |
| ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MEYERS. | |
| Defendants. | |
| _____/ | |

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 3554 Round Barn Boulevard, Suite 303, Santa Rosa, California 95403.

On the date stated below, I caused to be served in the manner indicated the foregoing

*NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT,*

*NOTICE OF REMOVAL of ACTION UNDER 28 U.S.C. § 144(b) (Federal Question)*

*JOINDER IN NOTICE OF REMOVAL OF ACTION and PROOF OF SERVICE*


Christopher J. Keane, Esq.                *Plaintiff*
Brian L. Larsen, Esq.
530 Jackson Street, Second Floor
San Francisco, CA 94113

[ X ]   **BY MAIL** on the following party(ies) in said action, in accordance with CCP § 1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above. In the ordinary course of business at the Law Offices of Merrill, Arnone & Jones, LLP, mail placed in that designated area is given the correct amount of postage, and is deposited that same day in a United States mailbox in the city of Santa Rosa, California.

[ ]   **BY PERSONAL DELIVERING** a true and correct copy thereof, in accordance with CCP §1011, to the person(s) and at the address(es) set forth above.

[ ]   **BY FACSIMILE** transmission, in accordance with CCP § 1013(e), to the following party(ies) at the facsimile number(s) indicated.

[ ]   **BY OVERNIGHT DELIVERY** on the following party(ies) in said action, in accordance with CCP § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at the Law Offices of Merrill, Arnone & Jones, LLP, mail placed in that designated area is picked up that same day for delivery the following business day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 30, 2007, at Santa Rosa, California.

_____
MAEGAN HAUSMAN