1  ROSS B. JONES, SBN 120593
   Merrill, Arnone & Jones, LLP
2  3554 Round Barn Boulevard, Suite 303
   Santa Rosa, California 95403
3  Telephone: (707) 528-2882
   Facsimile:  (707) 528-6015
4
5  Attorneys for Defendants
   HEDMARK VIII, LLC and
6  WESTLAND FINANCIAL III, LLC

## SONOMA COUNTY SUPERIOR COURT

### (UNLIMITED JURISDICTION)

| | |
|---|---|
| DOUGLAS KEANE. | CASE NO. SCV-241706 |
| Plaintiff. | **PROOF OF SERVICE** |
| vs. | |
| ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MEYERS. | |
| Defendants. | |

1

**PROOF OF SERVICE**

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 3554 Round Barn Boulevard, Suite 303, Santa Rosa, California 95403.

On the date stated below, I caused to be served in the manner indicated the foregoing

*NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT,*

*NOTICE OF REMOVAL of ACTION UNDER 28 U.S.C. § 144(b) (Federal Question)*

*JOINDER IN NOTICE OF REMOVAL OF ACTION and PROOF OF SERVICE*

Christopher J. Keane, Esq.                    *Plaintiff*
Brian L. Larsen, Esq.
530 Jackson Street, Second Floor
San Francisco, CA 94113

[ X ]   *BY MAIL* on the following party(ies) in said action, in accordance with CCP § 1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above. In the ordinary course of business at the Law Offices of Merrill, Arnone & Jones, LLP, mail placed in that designated area is given the correct amount of postage, and is deposited that same day in a United States mailbox in the city of Santa Rosa, California.

[ ]   *BY PERSONAL DELIVERING* a true and correct copy thereof, in accordance with CCP §1011, to the person(s) and at the address(es) set forth above.

[ ]   *BY FACSIMILE* transmission, in accordance with CCP § 1013(e), to the following party(ies) at the facsimile number(s) indicated.

[ ]   *BY OVERNIGHT DELIVERY* on the following party(ies) in said action, in accordance with CCP § 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at the Law Offices of Merrill, Arnone & Jones, LLP, mail placed in that designated area is picked up that same day for delivery the following business day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 30, 2007, at Santa Rosa, California.

MAEGAN HAUSMAN