Ross B. Jones, Esq., SBN 120593
MERRILL, ARNONE & JONES, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile:  (707) 528-6015

Attorneys for Defendants
HEDMARK VIII, LLC and
WESTLAND FINANCIAL III, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KEANE | CASE NO. C 07-06074 EMC |
| Plaintiff, | CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |
| vs. | |
| HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC | |
| Defendants, | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons have a financial interest in a party to the proceeding, namely, HEDMARK VIII, LLC, which is a defendant in this action:

        David Mars--LLC Member

        Sarah Mars--LLC Member

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons have a financial interest in a party to the proceeding, namely, WESTLAND FINANCIAL III, LLC, which is a defendant in this action:

        David Mars--LLC Member

        Sarah Mars--LLC Member

Dated:  December 18, 2007        MERRILL, ARNONE & JONES, LLP

        BY:  /s/_____
        Ross B. Jones
        Attorney of Record

---

CERTIFICATE OF INTERESTED ENTITIES