UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. C07-06074 EMC

DOUGLAS KEANE,
          Plaintiff(s),

v.

ATLAS HOSPITALITY GROUP,
HEMARK VIII, LLC and WESTLAND FINANCIAL III
LLC and JUSTIN B. MEYERS,
          Defendant(s).

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 1/14/08

Signature

Counsel for: ATLAS HOSPITALITY GROUP, INC. and JUSTIN B. MEYERS
(Name of party or indicate "pro se")