1  ROSS B. JONES, SBN 120593
   Merrill, Arnone & Jones, LLP
2  3554 Round Barn Boulevard, Suite 303
   Santa Rosa, California 95403
3  Telephone: (707) 528-2882
   Facsimile:  (707) 528-6015
4

5  Attorneys for Defendants
   HEDMARK VIII, LLC AND
6  WESTLAND FINANCIAL III, LLC

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KEANE. | CASE NO. C 07-06074 EMC |
| Plaintiff/Counter-Defendant, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC, JUSTIN B. MYERS and DOES 1 TO 100, | |
| Defendants, and | |
| WESTLAND FINANCIAL III, LLC | |
| Defendant/Counter-Claimant | |
| _____/ | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  January 15, 2008                    MERRILL, ARNONE & JONES, LLP


                                            By:   /s/_____
                                                  Ross B. Jones
                                                  Attorneys for Defendants
                                                  HEDMARK VIII, LLC and

| | |
|---|---|
| 1 | WESTLAND FINANCIAL III, LLC and Counter-Claimant |
| 2 | WESTLAND FINANCIAL III, LLC |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**     **07-cv-06074-EMC**