**Christopher J. Keane (SB# 194848)**
Attorney for Plaintiff/Counter-Defendant, Douglas Keane
530 Jackson Street, Second Floor
San Francisco, CA 94133
Telephone: (415) 398-2777
Fax: (415) 520-2282
E-mail: ckeane@keanelaw.com

**Brian L. Larsen (SB #: 158252)**
Attorney for Plaintiff/Counter-Defendant, Douglas Keane
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
Telephone: (415) 398-5000
Fax: (415) 398-5080
E-mail: blarsen5000@yahoo.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| DOUGLAS KEANE, | Case No.: 07-06074 EMC |
| Plaintiff, | |
| v. | **Consent to Proceed Before United States Magistrate Judge** |
| ATLAS HOSPITALITY GROUP, HEDMARK VIII, L.L.C., WESTLAND FINANCIAL III, L.L.C., JUSTIN B. MYERS and DOES 1 to 100, | |
| Defendant(s). | |

NOW COMES Plaintiff/Counter-Defendant, Douglas Keane, through his attorneys, and pursuant to

Civil L.R. 73-1(a)(1) and 28 U.S.C. 636(c), consents to have a United States Magistrate Judge conduct

1

Consent of Plaintiff/Counter-Defendant, Douglas Keane, to Proceed Before United States Magistrate Judge

1  any and all further proceedings in this case, including trial, and order the entry of a final judgment.
2  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
3  Circuit.
4  
5  
6  **I hereby attest that I have on file all holograph signatures for any signatures indicated by a**
7  **"conformed" signature (/S/) within this efiled document.**
8  
9                                                      By: /s/ Christopher J. Keane
10                                                     Attorney for Plaintiff
11  
12                                                     By: /s/ Brian L. Larsen
13                                                     Attorney for Plaintiff
14  Dated: 1/22/2008