1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 57432, mkahn@flk.com)
2  Joel D. Smith (CSB No. 244902, jsmith@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Plaintiff
6  Douglas Keane

7  Christopher J. Keane (CSB No. 194848, ckeane@keanelaw.com)
   530 Jackson Street, Second Floor
8  San Francisco, CA 94133
   Telephone: (415) 398-2777
9  Fax: (415) 520-2282

10 Attorneys for Plaintiff
   Douglas Keane
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

| DOUGLAS KEANE, | Case No. C 07-06074 EMC |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| ATLAS HOSPITALITY GROUP, HEDMARK VII, L.L.C., WESTLAND FINANCIAL III, L.L.C., JUSTIN B. MYERS and DOES 1 to 100, | Action Filed: October 22, 2007<br>Action Removed: November 30, 2007<br>Judge: Hon. Edward M. Chen |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that plaintiff Douglas Keane hereby designates Folger Levin & Kahn LLP as co-counsel to Christopher J. Keane, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and serviced upon the following:

1  Michael A. Kahn
2  Joel D. Smith
   Folger Levin & Kahn LLP
3  Embarcadero Center West
   275 Battery Street, 23rd Floor
4  San Francisco, CA 94111
   Telephone: (415) 986-2800
5  Facsimile: (415) 986-2827
   Email: mkahn@flk.com
6  Email: jsmith@flk.com

7

8      I hereby attest that I have on file all holograph signatures for any signatures indicated by a

9  "conformed" signature (/S/) within this efiled document and that concurrence in the filing of the

10  document has been obtained from each of the other signatories.

11  Dated: January 23, 2008                                FOLGER LEVIN & KAHN LLP

12

13                                                          /S/
                                                  ─────────────────────────
14                                                       Joel D. Smith
                                           Attorneys for Plaintiff and Cross-Defendant
15                                                      Douglas Keane

16
    Dated: January 23, 2008                                FOLGER LEVIN & KAHN LLP
17

18
                                                            /S/
19                                                ─────────────────────────
                                                      Michael A. Kahn
20                                         Attorneys for Plaintiff and Cross-Defendant
                                                       Douglas Keane
21

22  52055\9001\584365.1

23

24

25

26

27

28