1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 57432, mkahn @flk.com)
2  Joel D. Smith (CSB No. 244902, jsmith@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Plaintiff
6  Douglas Keane

7  Christopher J. Keane (CSB No. 194848, ckeane@keanelaw.com)
   530 Jackson Street, Second Floor
8  San Francisco, CA 94133
   Telephone: (415) 398-2777
9  Fax: (415) 520-2282

10 Attorneys for Plaintiff
   Douglas Keane
11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16 DOUGLAS KEANE,                    |    Case No. C 07-06074 EMC

17            Plaintiff,             |    **DECLARATION OF JOEL D. SMITH IN
                                     |    SUPPORT OF PLAINTIFF DOUGLAS
18      v.                           |    KEANE'S MOTION TO REMAND FOR LACK
                                     |    OF SUBJECT MATTER JURISDICTION.**
19 ATLAS HOSPITALITY GROUP,          |
   HEDMARK VIII, LLC and WESTLAND    |    Date:   March 12, 2008
20 FINANCIAL III, LLC and JUSTIN B.  |    Time:   10:30 a.m.
   MYERS.                            |    Place:  Courtroom C, 15th floor
21                                   |    Judge:  Hon. Edward M. Chen
            Defendants.              |
22

23        I, Joel D. Smith, declare as follows:

24        I am an attorney with the law firm of Folger Levin & Kahn LLP, attorneys of record for

25 plaintiff and cross-defendant Douglas Keane in this case. I have personal knowledge of the

26 matters set forth below, and if called upon to testify to these matters, I could and would do so

27 competently.

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

DECL. OF JOEL D. SMITH IN SUPPORT OF MOTION
TO REMAND; CASE NO. C 07-06074 EMC

1        1.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Plaintiff Douglas

2 Keane's Complaint, filed in this matter on October 22, 2007.

3        2.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Defendant Atlas

4 Hospitality Group's Answer, filed in this matter on December 5, 2007.

5        3.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Defendants Hedmark

6 VIII's and Westland Financial III's Answer and Counterclaims, filed in this matter on December

7 5, 2007.

8        4.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the Defendants Hedmark

9 VIII's and Westland Financial III's Notice of Removal of Action Under 28 U.S.C. § 1441(b),

10 filed in this matter on November 30, 2007.

11        I declare under penalty of perjury under the laws of the State of California and the United

12 States that the foregoing is true and correct.

13        Executed at San Francisco, California, this 4th day of February, 2008.

14 Dated: February 4, 2008                     FOLGER LEVIN & KAHN LLP

15

16                                         /s/

                                  Joel D. Smith

17                    Attorneys for Plaintiff and Cross-Defendant

                           Douglas Keane

18

19 52055\9001\586517.1

20

21

22

23

24

25

26

27

28