# EXHIBIT 3

ROSS B. JONES, SBN 120593
Merrill, Arnone & Jones, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile: (707) 528-6015

Attorneys for Defendants
HEDMARK VIII, LLC AND
WESTLAND FINANCIAL III, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS KEANE.

        Plaintiff.

  vs.

HEDMARK VIII, LLC and
WESTLAND FINANCIAL III, LLC

        Defendants.

_____/

CASE NO. C 07-06074 EMC

**ANSWER AND AFFIRMATIVE
DEFENSES TO COMPLAINT
FOR DAMAGES;
COUNTERCLAIMS**

**DEMAND FOR JURY TRIAL**

Defendants HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC

answer the Complaint of plaintiff DOUGLAS KEANE as follows:

## FIRST CAUSE OF ACTION

1.    Answering paragraph 1, defendants are without information or belief

sufficient form or belief as to the truth or falsity as to the allegations of paragraph 1, and

on that basis, denies those allegations.

2.    Defendants admit that at all times pertinent to this action HEDMARK VIII,

LLC was a Nevada limited liability company. Defendant denies the remaining allegations

contained therein.

1

**ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL**

1     3.      Defendants admit that at all times pertinent to this action WESTLAND

2 FINANCIAL III, LLC, was a Nevada limited liability company. Defendant denies the

3 remaining allegations contained therein.

4     4.      Answering paragraph 4, defendants are without information or belief

5 sufficient form or belief as to the truth or falsity as to the allegations of paragraph 4, and

6 on that basis, denies those allegations.

7     5.      Answering paragraph 5, defendants are without information or belief

8 sufficient form or belief as to the truth or falsity as to the allegations of paragraph 5, and

9 on that basis, denies those allegations.

10     6.      Answering paragraph 6, defendants are without information or belief

11 sufficient form or belief as to the truth or falsity as to the allegations of paragraph 6, and

12 on that basis, denies those allegations.

13     7.      Answering the allegations contained in paragraph 7 of the plaintiffs

14 Complaint, defendants generally and specifically deny each and every, all and singular,

15 allegation contained therein.

16     8.      Answering the allegations contained in paragraph 8 of the plaintiffs

17 Complaint, defendants generally and specifically deny each and every, all and singular,

18 allegation contained therein.

19     9.      Answering paragraph 9, defendants are without information or belief

20 sufficient form or belief as to the truth or falsity as to the allegations of paragraph 9, and

21 on that basis, denies those allegations.

22     10.     Answering the allegations contained in paragraph 10 of the plaintiffs

23 Complaint, defendants generally and specifically deny each and every, all and singular,

24 allegation contained therein.

25     11.     Answering the allegations contained in paragraph 11 of the plaintiffs

26 Complaint, defendants generally and specifically deny each and every, all and singular,

27 allegation contained therein.

28

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL

12.     Answering the allegations contained in paragraph 12 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

13.     Answering the allegations contained in paragraph 13 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

14.     Answering the allegations contained in paragraph 14 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

15.     Answering the allegations contained in paragraph 15 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

16.     Answering the allegations contained in paragraph 16 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

17.     Answering the allegations contained in paragraph 17 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

18.     Answering the allegations contained in paragraph 18 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

19.     Answering the allegations contained in paragraph 19 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

# SECOND CAUSE OF ACTION

20. Although paragraph 19 does not require an answer, defendant incorporates by this reference each of its answers set forth above in response to the allegation contained in paragraph 1 through 19 of the Complaint.

21. Answering paragraph 21, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 21, and on that basis, denies those allegations.

22. Defendants admit that at all times pertinent to this action HEDMARK VIII, LLC was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

23. Defendants admit that at all times pertinent to this action WESTLAND III was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

24. Answering paragraph 24, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 24, and on that basis, denies those allegations.

25. Answering paragraph 25, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 25, and on that basis, denies those allegations.

26. Answering paragraph 26, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 26, and on that basis, denies those allegations.

27. Answering the allegations contained in paragraph 27 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

28. Answering the allegations contained in paragraph 28 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

4

29.     Answering paragraph 29, defendants are without information or belief or sufficient form or belief as to the truth or falsity as to the allegations of paragraph 29, and on that basis, denies those allegations.

30.     Answering the allegations contained in paragraph 30 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

31.     Answering the allegations contained in paragraph 31 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

32.     Answering the allegations contained in paragraph 32 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

33.     Answering the allegations contained in paragraph 33 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

34.     Answering the allegations contained in paragraph 34 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

35.     Answering the allegations contained in paragraph 35 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

36.     Answering the allegations contained in paragraph 36 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

37.     Answering the allegations contained in paragraph 37 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

1       38.    Answering the allegations contained in paragraph 38 of the plaintiffs

2   Complaint, defendants generally and specifically deny each and every, all and singular,

3   allegation contained therein.

4       39.    Answering the allegations contained in paragraph 39 of the plaintiffs

5   Complaint, defendants generally and specifically deny each and every, all and singular,

6   allegation contained therein.

7   **THIRD CAUSE OF ACTION**

8       40.    Answering the allegations contained in paragraph 40 of the Complaint,

9   defendants reallege and incorporate by reference all of their answers previously made

10  herein for paragraphs 1 through 39 above, as though set forth in their entirety.

11      41.    Answering paragraph 41, defendants are without information or belief

12  sufficient form or belief as to the truth or falsity as to the allegations of paragraph 41, and

13  on that basis, denies those allegations.

14      42.    Defendants admit that at all times pertinent to this action HEDMARK VIII,

15  LLC was a Nevada limited liability company. Defendant denies the remaining allegations

16  contained therein.

17      43.    Defendants admit that at all times pertinent to this action WESTLAND III,

18  LLC was a Nevada limited liability company. Defendant denies the remaining allegations

19  contained therein.

20      44.    Answering paragraph 44, defendants are without information or belief

21  sufficient form or belief as to the truth or falsity as to the allegations of paragraph 44, and

22  on that basis, denies those allegations.

23      45.    Answering paragraph 45, defendants are without information or belief

24  sufficient form or belief as to the truth or falsity as to the allegations of paragraph 45, and

25  on that basis, denies those allegations.

26      46.    Answering paragraph 46, defendants are without information or belief

27  sufficient form or belief as to the truth or falsity as to the allegations of paragraph 41, and

28  on that basis, denies those allegations.

**ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL**

47. Answering the allegations contained in paragraph 47 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

48. Answering the allegations contained in paragraph 48 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

49. Answering paragraph 49, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 49, and on that basis, denies those allegations.

50. Answering the allegations contained in paragraph 50 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

51. Answering the allegations contained in paragraph 51 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

52. Answering the allegations contained in paragraph 52 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

53. Answering the allegations contained in paragraph 53 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

54. Answering the allegations contained in paragraph 54 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

55. Answering the allegations contained in paragraph 55 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

56.     Answering the allegations contained in paragraph 56 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

57.     Answering the allegations contained in paragraph 57 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

58.     Answering the allegations contained in paragraph 58 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

59.     Answering the allegations contained in paragraph 59 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

## FOURTH CAUSE OF ACTION

60.     Answering the allegations contained in paragraph 60 of the Complaint, defendants reallege and incorporate by reference all of their answers previously made herein for paragraphs 1 through 59 above, as though set forth in their entirety.

61.     Answering paragraph 61, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 61, and on that basis, denies those allegations.

62.     Defendants admit that at all times pertinent to this action HEDMARK VIII, LLC was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

63.     Defendants admit that at all times pertinent to this action WESTLAND FINANCIAL III, LLC was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

64.     Answering paragraph 64, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 64, and on that basis, denies those allegations.

8

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

65.     Answering paragraph 65, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 65, and on that basis, denies those allegations.

66.     Answering paragraph 66, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 66, and on that basis, denies those allegations.

67.     Answering the allegations contained in paragraph 67 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

68.     Answering the allegations contained in paragraph 68 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

69.     Answering paragraph 69, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 69, and on that basis, denies those allegations.

70.     Answering the allegations contained in paragraph 70 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

71.     Answering the allegations contained in paragraph 71 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

72.     Answering the allegations contained in paragraph 72 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

73.     Answering the allegations contained in paragraph 73 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL

74.     Answering the allegations contained in paragraph 74 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

75.     Answering the allegations contained in paragraph 75 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

76.     Answering the allegations contained in paragraph 76 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

77.     Answering the allegations contained in paragraph 77 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

78.     Answering the allegations contained in paragraph 78 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

79.     Answering the allegations contained in paragraph 79 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

## FIFTH CAUSE OF ACTION

80.     Answering the allegations contained in paragraph 80 of the Complaint, defendants reallege and incorporate by reference all of their answers previously made herein for paragraphs 1 through 79 above, as though set forth in their entirety.

81.     Answering paragraph 81, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 81, and on that basis, denies those allegations.

82.     Defendants admit that at all times pertinent to this action HEDMARK VIII, LLC was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

1       83.    Defendants admit that at all times pertinent to this action WESTLAND

2   FINANCIAL VIII, LLC was a Nevada limited liability company. Defendant denies the

3   remaining allegations contained therein.

4       84.    Answering paragraph 84, defendants are without information or belief

5   sufficient form or belief as to the truth or falsity as to the allegations of paragraph 84, and

6   on that basis, denies those allegations.

7       85.    Answering paragraph 85, defendants are without information or belief

8   sufficient form or belief as to the truth or falsity as to the allegations of paragraph 85, and

9   on that basis, denies those allegations.

10      86.    Answering paragraph 86, defendants are without information or belief

11  sufficient form or belief as to the truth or falsity as to the allegations of paragraph 86, and

12  on that basis, denies those allegations.

13      87.    Answering the allegations contained in paragraph 87 of the plaintiffs

14  Complaint, defendants generally and specifically deny each and every, all and singular,

15  allegation contained therein.

16      88.    Answering the allegations contained in paragraph 88 of the plaintiffs

17  Complaint, defendants generally and specifically deny each and every, all and singular,

18  allegation contained therein.

19      89.    Answering paragraph 89, defendants are without information or belief

20  sufficient form or belief as to the truth or falsity as to the allegations of paragraph 89, and

21  on that basis, denies those allegations.

22      90.    Answering the allegations contained in paragraph 90 of the plaintiffs

23  Complaint, defendants generally and specifically deny each and every, all and singular,

24  allegation contained therein.

25      91.    Answering the allegations contained in paragraph 91 of the plaintiffs

26  Complaint, defendants generally and specifically deny each and every, all and singular,

27  allegation contained therein.

28

**ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL**

1     92.    Answering the allegations contained in paragraph 92 of the plaintiffs

2    Complaint, defendants generally and specifically deny each and every, all and singular,

3    allegation contained therein.

4     93.    Answering the allegations contained in paragraph 93 of the plaintiffs

5    Complaint, defendants generally and specifically deny each and every, all and singular,

6    allegation contained therein.

7     94.    Answering the allegations contained in paragraph 94 of the plaintiffs

8    Complaint, defendants generally and specifically deny each and every, all and singular,

9    allegation contained therein.

10     95.    Answering the allegations contained in paragraph 95 of the plaintiffs

11    Complaint, defendants generally and specifically deny each and every, all and singular,

12    allegation contained therein.

13     96.    Answering the allegations contained in paragraph 96 of the plaintiffs

14    Complaint, defendants generally and specifically deny each and every, all and singular,

15    allegation contained therein.

16     97.    Answering the allegations contained in paragraph 97 of the plaintiffs

17    Complaint, defendants generally and specifically deny each and every, all and singular,

18    allegation contained therein.

19     98.    Answering the allegations contained in paragraph 98 of the plaintiffs

20    Complaint, defendants generally and specifically deny each and every, all and singular,

21    allegation contained therein.

22     99.    Answering the allegations contained in paragraph 99 of the plaintiffs

23    Complaint, defendants generally and specifically deny each and every, all and singular,

24    allegation contained therein.

25

26

27

28

1

## SIXTH CAUSE OF ACTION

2    100.   Answering the allegations contained in paragraph 100 of the Complaint,

3  defendants reallege and incorporate by reference all of their answers previously made

4  herein for paragraphs 1 through 99 above, as though set forth in their entirety.

5    101.   Answering paragraph 101, defendants are without information or belief

6  sufficient form or belief as to the truth or falsity as to the allegations of paragraph 101,

7  and on that basis, denies those allegations.

8    102.   Defendants admit that at all times pertinent to this action HEDMARK VIII,

9  LLC was a Nevada limited liability company. Defendant denies the remaining allegations

10 contained therein.

11   103.   Defendants admit that at all times pertinent to this action WESTLAND

12 FINANCIAL III, LLC was a Nevada limited liability company. Defendant denies the

13 remaining allegations contained therein.

14   104.   Answering paragraph 104, defendants are without information or belief

15 sufficient form or belief as to the truth or falsity as to the allegations of paragraph 104,

16 and on that basis, denies those allegations.

17   105.   Answering paragraph 105, defendants are without information or belief

18 sufficient form or belief as to the truth or falsity as to the allegations of paragraph 105,

19 and on that basis, denies those allegations.

20   106.   Answering paragraph 106, defendants are without information or belief

21 sufficient form or belief as to the truth or falsity as to the allegations of paragraph 106,

22 and on that basis, denies those allegations.

23   107.   Answering the allegations contained in paragraph 107 of the plaintiffs

24 Complaint, defendants generally and specifically deny each and every, all and singular,

25 allegation contained therein.

26   108.   Answering the allegations contained in paragraph 108 of the plaintiffs

27 Complaint, defendants generally and specifically deny each and every, all and singular,

28 allegation contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL

109.    Answering paragraph 109, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 109, and on that basis, denies those allegations.

110.    Answering the allegations contained in paragraph 110 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

111.    Answering the allegations contained in paragraph 111 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

112.    Answering the allegations contained in paragraph 112 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

113.    Answering the allegations contained in paragraph 113 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

114.    Answering the allegations contained in paragraph 114 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

115.    Answering the allegations contained in paragraph 115 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

116.    Answering the allegations contained in paragraph 116 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

117.    Answering the allegations contained in paragraph 117 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

118. Answering the allegations contained in paragraph 118 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

119. Answering the allegations contained in paragraph 119 of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

## SEVENTH CAUSE OF ACTION

120. Answering the allegations contained in paragraph 120 of the Complaint, defendants reallege and incorporate by reference all of their answers previously made herein for paragraphs 1 through 119 above, as though set forth in their entirety.

121. Answering paragraph 121, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 121, and on that basis, denies those allegations.

122. Defendants admit that at all times pertinent to this action HEDMARK VIII, LLC was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

123. Defendants admit that at all times pertinent to this action WESTLAND FINANCIAL III, LLC was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

124. Answering paragraph 124, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 124, and on that basis, denies those allegations.

125. Answering paragraph 125, defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 125, and on that basis, denies those allegations.

120. (126.) Answering paragraph 120 (126), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 120 (126), and on that basis, denies those allegations.

15

**ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL**

121. (127.)   Answering the allegations contained in paragraph 121 (127) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

122. (128.)   Answering the allegations contained in paragraph 122 (128) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

123. (129.)   Answering paragraph 123 (129), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 123 (129), and on that basis, denies those allegations.

124. (130.)   Answering the allegations contained in paragraph 124 (130) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

125. (131.)   Answering the allegations contained in paragraph 125 (131) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

126. (132.)   Answering the allegations contained in paragraph 126 (132) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

127. (133.)   Answering the allegations contained in paragraph 127 (133) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

128. (134.)   Answering the allegations contained in paragraph 128 (134) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

129. (135.)   Answering the allegations contained in paragraph 129 (135) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL

130. (136.)    Answering the allegations contained in paragraph 130 (136) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

131. (137.)    Answering the allegations contained in paragraph 131 (137) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

132. (138.)    Answering the allegations contained in paragraph 132 (138) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

133. (139.)    Answering the allegations contained in paragraph 133 (139) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

### **EIGHT CAUSE OF ACTION**

134. (140.)    Although paragraph 134 (140) does not require an answer, defendant incorporates by this reference each of its answers set forth above in response to the allegations contained in paragraphs 1-134 (140).

135 (141)    Answering paragraph 135 (141), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 135 (141), and on that basis, denies those allegations.

136. (142)    Defendants admit that at all times pertinent to this action HEDMARK VIII, LLC was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

137. (143)    Defendants admit that at all times pertinent to this action WESTLAND FINANCIAL III, LLC was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

138. (144.)    Answering paragraph 138 (144), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 138 (144), and on that basis, denies those allegations.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

139. (145.)   Answering paragraph 139 (145), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 139 (145), and on that basis, denies those allegations.

140. (146.)   Answering paragraph 140 (146), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 140 (146), and on that basis, denies those allegations.

141. (147.)   Answering the allegations contained in paragraph 141 (147) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

142. (148.)   Answering the allegations contained in paragraph 142 (148) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

143. (149.)   Answering paragraph 143 (149), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 143 (149), and on that basis, denies those allegations.

144. (150.)   Answering the allegations contained in paragraph 144 (150) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

145 (151.)   Answering the allegations contained in paragraph 145 (151) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

146. (152.)   Answering the allegations contained in paragraph 146 (152) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

147. (153.)   Answering the allegations contained in paragraph 147 (153) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

148. (154.)   Answering the allegations contained in paragraph 148 (155) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

149. (155.)   Answering the allegations contained in paragraph 149 (156) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

150. (156.)   Answering the allegations contained in paragraph 150 (156) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

151. (157.)   Answering the allegations contained in paragraph 151 (157) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

152. (158.)   Answering the allegations contained in paragraph 152 (158) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

153. (159.)   Answering the allegations contained in paragraph 153 (160) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

## NINTH CAUSE OF ACTION

154. (160.)   Although paragraph 154 (160) does not require an answer, defendant incorporates by this reference each of its answers set forth above in response to the allegations contained in paragraphs 1-153 (159).

155. (161.)   Answering paragraph 156 (161), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 155 (161), and on that basis, denies those allegations.

156. (162.)   Defendants admit that at all times pertinent to this action HEDMARK VIII, LLC was a Nevada limited liability company. Defendant denies the remaining allegations contained therein.

**ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL**

157. (163.)   Defendants admit that at all times pertinent to this action
WESTLAND FINANCIAL III, LLC was a Nevada limited liability company. Defendant
denies the remaining allegations contained therein.

158. (164.)   Answering paragraph 158 (164), defendants are without information
or belief sufficient form or belief as to the truth or falsity as to the allegations of
paragraph 158 (164), and on that basis, denies those allegations.

159. (165.)   Answering paragraph 159 (165), defendants are without information
or belief sufficient form or belief as to the truth or falsity as to the allegations of
paragraph 159 (165), and on that basis, denies those allegations.

160. (166.)   Answering paragraph 160 (166), defendants are without information
or belief sufficient form or belief as to the truth or falsity as to the allegations of
paragraph 160 (166), and on that basis, denies those allegations.

161. (167.)   Answering the allegations contained in paragraph 161 (167) of the
plaintiffs Complaint, defendants generally and specifically deny each and every, all and
singular, allegation contained therein.

162. (168.)   Answering the allegations contained in paragraph 162 (168) of the
plaintiffs Complaint, defendants generally and specifically deny each and every, all and
singular, allegation contained therein.

163. (169.)   Answering the allegations contained in paragraph 163 (169) of the
plaintiffs Complaint, defendants generally and specifically deny each and every, all and
singular, allegation contained therein.

164. (170.)   Answering the allegations contained in paragraph 164 (170) of the
plaintiffs Complaint, defendants generally and specifically deny each and every, all and
singular, allegation contained therein.

165. (171.)   Answering the allegations contained in paragraph 165 (171) of the
plaintiffs Complaint, defendants generally and specifically deny each and every, all and
singular, allegation contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL

166. (172.)    Answering the allegations contained in paragraph 166 (172) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

167. (173.)    Answering the allegations contained in paragraph 167 (173) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

168. (174.)    Answering the allegations contained in paragraph 168 (174) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

169. (175.)    Answering the allegations contained in paragraph 169 (175) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

170. (176.)    Answering paragraph 170 (176), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 170 (176), and on that basis, denies those allegations.

171. (177.)    Answering paragraph 171 (177), defendants are without information or belief sufficient form or belief as to the truth or falsity as to the allegations of paragraph 171 (177), and on that basis, denies those allegations.

172. (178.)    Answering the allegations contained in paragraph 172 (178) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

173. (179.)    Answering the allegations contained in paragraph 173 (179) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

174. (180.)    Answering the allegations contained in paragraph 174 (180) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

175. (181.)   Answering the allegations contained in paragraph 175 (181) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

176. (182.)   Answering the allegations contained in paragraph 176 (182) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

177. (183.)   Answering the allegations contained in paragraph 177 (183) of the plaintiffs Complaint, defendants generally and specifically deny each and every, all and singular, allegation contained therein.

AS SEPARATE AND AFFIRMATIVE DEFENSE(S), defendants allege:

## AFFIRMATIVE DEFENSES

### First Affirmative Defense
(Failure to State Claim)

1.   The Complaint, and each claim for relief, fails to state a claim on which relief can be granted.

### Second Affirmative Defense
(Preemption)

2.   Plaintiff's claims are preempted by the provisions of the Copyright Act, 17 U.S.C section 101 et seq.

### Third Affirmative Defense
(Estoppel)

3.   Plaintiff's claims are barred by general principles of estoppel.

### Fourth Affirmative Defense
(Waiver)

4.   Plaintiff's claims are barred by the doctrine of waiver.

### Fifth Affirmative Defense
(Unclean Hands)

5.   Plaintiff's claims are barred by the doctrine of unclean hands.

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL

1

### Sixth Affirmative Defense
(Consent)

2

3

    6.    Plaintiff's claims are barred by the doctrine of consent.

4

5

    WHEREFORE, Defendants HEDMARK VIII, LLC and WESTLAND

6

FINANCIAL III, LLC pray for judgment on the Complaint as follows:

7

    1.    The plaintiff take nothing by his Complaint and that judgment be entered

8

against these answering defendants on all claims for relief;

9

    2.    For defendants' costs of suit including reasonable attorney's fees.

10

    3.    For such other and further relief as the court deems just and proper.

11

DATED: December 5, 2007        MERRILL, ARNONE & JONES, LLP

12

                         By:

13

                          Ross B. Jones
                          Attorney for defendants
                          HEDMARK VIII, LLC and
                          WESTLAND FINANCIAL III, LLC

14

15

16

### COUNTERCLAIMS

17

### Jurisdiction and Venue

18

    1.    These Counterclaims, as hereinafter more fully appears, arise under the

19

California Uniform Trade Secrets Act, Calif. Civil Code §3426.1 et. seq., and also asserts

20

related claims under the common law of torts.  Jurisdiction is based upon 28 U.S.C.

21

§1367(a).  Venue is proper under 28 U.S.C. § 1441(a).

22

### The Parties

23

    2.    Counterclaimant WESTLAND III, LLC is a Nevada, LLC with its principal

24

place of business in Pitkin County, Colorado.

25

    3.    Counterclaimant is informed and believes, and based thereon alleges, that

26

Counterdefendant Douglas KEANE is a resident of Sonoma County, California.

27

    //

28

    //

**ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL**

Transactional Facts

4.    Counterclaimant WESTLAND is the owner of the Les Mars Hotel, located in Healdsburg, California.

5.    Counterdefendant KEANE is the executive chef of Cyrus Restaurant, which is located within the Les Mars Hotel ("Hotel."). KEANE is a managing member of Hburg Restaurants, LLC. Hburg Restaurants, LLC is the tenant in a commercial lease with WESTLAND for the operation of Cyrus Restaurant.

6.    Atlas Hospitality Group, Inc. ("Atlas") is a brokerage that specializes in the marketing and sale of hotels in the California market.

7.    During or around March, 2007, WESTLAND retained Atlas to ascertain and investigate possible interest in the purchase of the Hotel.

8.    Because placing the Hotel on the market, and disclosure of the listing price could potentially adversely effect its ongoing operations, alert competitors, and affect staff and guests, WESTLAND and Atlas undertook efforts to maintain the secrecy of the fact that the Hotel was being placed on the market, along with the secrecy of the listing price for the Hotel.

9.    More specifically, the offering prospectus for the hotel ("Prospectus") was only distributed to a limited number of qualified interested persons (numbering less than ten), all of whom were required to sign a nondisclosure agreement prior to receiving the prospectus.

10.    Furthermore, the first page of the Prospectus, entitled Confidential Offering Memorandum, contains the header "CONFIDENTIALITY AND DISLCOSURE STATEMENT," and includes the following:

> By acknowledgment of your receipt of this Package, you agree that: its contents are confidential; you will hold and treat it in the strictest of confidence; you will not, directly or indirectly, disclose or permit anyone else to disclose this Package or its contents to any person, firm or entity without prior written authorization of Atlas Hospitality Group; you will not use or permit this Package or its contents to be used in any fashion or manner detrimental to the interest of the Owner of the Property. PHOTOCOPYING

24

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

OR OTHER DUPLICATION OF ANY PART OF THIS
PACKAGE IS STRICTLY PROHIBITED.

A true and correct copy of the first page of the Prospectus is attached
hereto and incorporated by reference as Exhibit A.

     11.     The fact that the Hotel was being placed on the market for sale, and the
Hotel's selling price, had actual or economic value to the Hotel's competitors. These
facts were WESTLAND's valuable trade secrets, and were the subject or reasonable
measures to maintain the secrecy of such information.

     12.     Counterclaimant is informed and believes, and based thereon alleges, that
within the last six months Counterdefendant KEANE obtained the Prospectus through
improper means.

     13.     Counterclaimant is informed and believes, and based thereon alleges, that
Counterdefendant KEANE misappropriated WESTLAND's trade secrets by acquiring the
Prospectus with knowledge or reason to know that the trade secrets were acquired by
improper means; and by disclosure or use of the trade secrets, including but not limited to
filing a Complaint in the Sonoma County Superior Court that identified the Hotel as
being for sale, and identified the sales price of the Hotel in over 70 different paragraphs
of the Complaint.

### FIRST CLAIM FOR RELIEF
(Misappropriation of Trade Secrets)

     14.     Counterclaimant repeats and realleges each and every allegation contained
in paragraphs 1 through 13 of this Counterclaim, as though fully set forth herein.

     15.     Counterclaimant was in possession of trade secrets consisting, among other
things, of the fact that the Hotel was being offered for sale to select parties, and the
proposed sales price of the Hotel.

     16.     Counterclaimant's trade secrets had actual or prospective economic value to
Counterclaimant's competitors or others who could make use of such information,

25

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL

1  including but not limited to the impact of the Hotel's proposed sale at a particular price

2  on the marketing, financial, advertising and sales of the Hotel.

3      17.    Counterclaimant took reasonable measures to protect the secrecy of the

4  information by requiring that any persons who obtained the information sign a

5  nondisclosure agreement before disclosure of the trade secret information, and by

6  confirming the secrecy obligations as a condition to receiving the Prospectus that

7  contained the trade secret information.

8      18.    Counterclaimant is informed and believes, and based thereon alleges, that

9  Counterdefendant KEANE misappropriated WESTLAND's trade secrets by acquiring the

10 Prospectus with knowledge or reason to know that the trade secrets were acquired by

11 improper means; and by disclosure or use of the trade secrets, including but not limited to

12 filing a Complaint in the Sonoma County Superior Court that identified the Hotel as

13 being for sale, and identified the sales price of the Hotel in over 70 different paragraphs

14 of the Complaint.

15     19.    As a proximate result of the misappropriation of Counterclaimant's trade

16 secrets, it has been damaged by the disclosure of the Hotel's proposed sale and sales

17 price, in a sum according to proof.

18     20.    Counterclaimant is informed and believes and thereon alleges that the

19 aforementioned acts of Counterdefendant were willful and malicious. Counterclaimant is

20 informed and believes that Counterdefendant misappropriated Counterclaimant's trade

21 secrets with the deliberate intent to injure the Hotel's business. Counterclaimant is

22 therefore entitled to punitive damages. Counterclaimant is also entitled to reasonable

23 attorney's fees pursuant to the California Uniform Trade Secrets Act.

24              **SECOND CLAIM FOR RELIEF**
                (Intentional Interference with Prospective Business Advantage)
25

26     21.    Counterclaimant repeats and realleges each and every allegation contained

27 in paragraphs 1 through 20 of this Counterclaim, as though fully set forth herein.

28

**ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL**

22.     Counterclaimant retained Atlas to discretely market the prospective sale of the Hotel to a limited number of qualified potential buyers. Counterclaimant took steps to ensure that the fact that the Hotel was being offered for sale, and the proposed sales price, did not become publicly available information.

23.     Counterdefendant KEANE knew of the above described relationship existing between Counterclaimant, Atlas and the undisclosed prospective purchasers in that KEANE obtained a copy of the confidential Prospectus.

24.     Counterclaimant is informed and believes, and based thereon alleges, that Counterdefendant KEANE misappropriated WESTLAND's trade secrets by acquiring the Prospectus with knowledge or reason to know that the trade secrets were acquired by improper means; and by disclosure or use of the trade secrets, including but not limited to filing a Complaint in the Sonoma County Superior Court that identified the Hotel as being for sale, and identified the sales price of the Hotel in over 70 different paragraphs of the Complaint, and disclosing that WESTLAND had retained Atlas to seek prospective buyers for the Hotel.

25.     Counterdefendant disclosed these facts with the intent to harm WESTLAND financially and to induce Atlas to sever its agency with WESTLAND and to further reduce the viability of the Hotel by disclosing the existence of the proposed sale of the property.

26.     Counterdefendant's actions constituted misappropriation of WESTLAND's trade secrets as described above.

27.     Counterdefendant is informed and believes, and based thereon alleges, that it suffered economic harm from Counterdefendant's actions in that the wrongful disclosure of the above facts has impeded Atlas' ability to market the Hotel, has caused rumors and questions within the Hotel's staff and otherwise injured the reputation of the Hotel, in a sum according to proof.

28.     Counterclaimant is informed and believes and thereon alleges that the aforementioned acts of Counterdefendant were willful and malicious. Counterclaimant is

1  informed and believes that Counterdefendant's acts were undertaken with the deliberate

2  intent to injure the Hotel's business. Counterclaimant is therefore entitled to punitive

3  damages.

4

5                          **PRAYER FOR RELIEF**

6                    AS TO FIRST CLAIM FOR RELIEF:

7      1.      That Counterdefendant KEANE be required to pay Counterclaimant

8  WESTLAND such damages it has suffered or will suffer by reason of

9  Counterdefendant's violation of Counterclaimant's rights under the Uniform Trade

10  Secrets Act.

11      2.      That Counterdefendant KEANE be required to pay exemplary damages.

12      3.      That Counterclaimant WESTLAND have and recover the costs, including

13  reasonable attorney's fees, of this civil action.

14      4.      That Counterclaimant WESTLAND have such other and further relief as

15  the Court may deem just and proper.

16                  AS TO SECOND CLAIM FOR RELIEF:

17      1.      That Counterdefendant KEANE be required to pay Counterclaimant

18  WESTLAND such damages it has suffered or will suffer by reason of

19  Counterdefendant's violation of Counterclaimant's rights under the common law.

20      2.      That Counterdefendant KEANE be required to pay exemplary damages.

21      3.      That Counterclaimant WESTLAND have and recover the costs of this civil

22  action.

23      4.      That Counterclaimant WESTLAND have such other and further relief as

24  the Court may deem just and proper.

25  Dated: December 5, 2007

                    MERRILL, ARNONE & JONES, LLP

26

27  By: _____

28          Ross B. Jones
        Attorneys for Plaintiff

28

**ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR
JURY TRIAL**

1

2               **DEMAND FOR JURY TRIAL**

3     Defendants and Counterclaimant hereby demands trial by jury.

4  DATED:  December 5, 2007        MERRILL, ARNONE & JONES, LLP

5

6

7                            By:

8                                 Ross B. Jones

Attorneys for Defendants and Counterclaimant

9  HEDMARK VIII, LLC and

10  WESTLAND FINANCIAL III, LLC

...

29

ANSWER TO COMPLAINT FOR DAMAGES; COUNTERCLAIMS; DEMAND FOR JURY TRIAL

# EXHIBIT A

## CONFIDENTIALITY AND DISCLOSURE STATEMENT

THIS CONFIDENTIAL PROPERTY INFORMATION PACKAGE (Package) is intended solely for your own limited use in considering the pursuit of negotiations to the Les Mars Hotel (Property) located in Healdsburg, California, and is not intended to be an offer for the sale of the Property.

The Atlas Hospitality Group has prepared this confidential Package, which contains brief, selected information pertaining to the business and affairs of the Property. Any information contained herein is obtained from sources considered reliable. However, neither the Owner of the Property nor Atlas Hospitality Group purport this Package to be all-inclusive or to contain all the information a prospective purchaser may desire. In addition, neither the Owner nor Atlas Hospitality Group is responsible for any misstatement of facts, errors, omissions, prior sale, withdrawal from market, or change in terms, conditions or price without notice. The information supplied herein is for informational purposes only and neither the Owner, nor Atlas Hospitality Group, make any representation or warranty, expressed or implied, as to the accuracy or completeness of this confidential Package or its contents, and no legal liability is assumed or implied with respect thereto. Any person or firm intending to rely upon the information herein should verify said information independently.

By acknowledgment of your receipt of this Package, you agree that: its contents are confidential; you will hold and treat it in the strictest of confidence; you will not, directly or indirectly, disclose or permit anyone else to disclose this Package or its contents to any person, firm, or entity without prior written authorization of Atlas Hospitality Group; you will not use or permit this Package or its contents to be used in any fashion or manner detrimental to the interest of the Owner of the Property. PHOTOCOPYING OR OTHER DUPLICATION OF ANY PART OF THIS PACKAGE IS STRICTLY PROHIBITED.

THE OWNER OF THE PROPERTY EXPRESSLY RESERVES THE RIGHT AT ITS SOLE DISCRETION TO REJECT ANY OR ALL PROPOSALS OR EXPRESSIONS OF INTEREST IN THE PROPERTY AND TO TERMINATE DISCUSSIONS WITH ANY PARTY AT ANY TIME WITH OR WITHOUT NOTICE. THIS PACKAGE SHALL NOT BE DEEMED A REPRESENTATION OF THE STATE OF AFFAIRS OF THE PROPERTY NOR CONSTITUTES AN INDICATION THAT THERE HAS BEEN NO CHANGE IN THE BUSINESS OR AFFAIRS OF THE PROPERTY SINCE THE DATE OF PREPARATION OF THIS PACKAGE. THE PROPERTY WILL BE SOLD ON AN "AS-IS, WHERE-IS" BASIS WITHOUT REPRESENTATION OR WARRANTY.

If you do not wish to pursue negotiations leading to the acquisition of this Property, or if you discontinue such negotiations, you agree to return this confidential Package to Atlas Hospitality Group. If you do not agree to abide by the terms stipulated in this Statement, please return this Package to Atlas Hospitality Group prior to your review of the information contained herein.