# EXHIBIT 4

ROSS B. JONES, SBN 120593
Merrill, Arnone & Jones, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile: (707) 528-6015

Attorneys for Defendants
HEDMARK VIII, LLC and
WESTLAND FINANCIAL III, LLC

# UNTIED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS KEANE.

Plaintiff.

vs.

ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MEYERS.

Defendants.

CASE NO.

**NOTICE OF REMOVAL OF ACTION;
UNDER 28 U.S.C. § 1441(b)
(FEDERAL QUESTION)**

TO THE CLERK OF THE ABOVED-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC hereby removes to this Court the state court action described below.

1. On October 22, 2007 an action was commenced in the Superior Court of the State of California in and for the City of Santa Rosa, County of Sonoma, entitled DOUGLAS KEANE, Plaintiff v. ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC, WESTLAND FINANCIAL GROUP III, LLC and JUSTIN B. MEYERS Defendants, as case number SCV-241706 hereto as Exhibit "A."

2. The first date upon which defendants received a copy of the said Complaint was November 1, 2007, when defendants were served with a copy of the said Complaint and a Summons from the said state court. A copy of the Summons is attached hereto as Exhibit "B."

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by defendants pursuant to the provision of 28 U.S.C. §1441(b) in that it arises under the Copyright Act (17 U.S.C. §101 et. seq.) which grants exclusive jurisdiction to federal district courts over civil actions arising under the Copyright Act. 17 U.S.C. §301. Plaintiff's claims under Calif. Civil Code §3344 and common law right-to-privacy claims arise from the alleged publication of purportedly copyrighted materials (attached as Exhibit 1 to the Complaint), which copyrights are owned either by the listed publications or by Cyrus Restaurant.

4. All other defendants who have been served with Summons and Complaint have joined in this Notice of Removal, as evidenced by the Joinders of defendants ATLAS HOSPITALITY GROUP, INC, and JUSTIN B. MEYERS, filed concurrently herewith.

DATED: 11/30/07

MERRILL, ARNONE & JONES, LLP

ROSS B. JONES,
Attorney for Defendants