1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 57432, mkahn @flk.com)
2  Joel D. Smith (CSB No. 244902, jsmith@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Plaintiff
6  Douglas Keane

7  Christopher J. Keane (CSB No. 194848, ckeane@keanelaw.com)
   530 Jackson Street, Second Floor
8  San Francisco, CA 94133
   Telephone: (415) 398-2777
9  Fax: (415) 520-2282

10 Attorneys for Plaintiff
   Douglas Keane
11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16 DOUGLAS KEANE,                        Case No. C 07-06074 EMC

17            Plaintiff,                 [PROPOSED] ORDER GRANTING
                                         PLAINTIFF'S MOTION TO REMAND
18      v.                               FOR LACK OF SUBJECT MATTER
                                         JURISDICTION.
19 ATLAS HOSPITALITY GROUP,
   HEDMARK VIII, LLC and WESTLAND        Date:  March 12, 2008
20 FINANCIAL III, LLC and JUSTIN B.      Time:  10:30 a.m.
   MYERS.                                Place: Courtroom C, 15th floor
21                                       Judge: Hon. Edward M. Chen
            Defendants.
22

23       Plaintiff's Motion to Remand came on regularly for hearing on March 12, 2008 and

24 having considered the papers filed by the parties, and having heard the arguments of counsel, IT

25 IS HEREBY ORDERED:

26       Plaintiff's Motion to Remand this action to Superior Court of the State of California,

27 County of Sonoma is GRANTED because this Court lacks subject matter jurisdiction.

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

1

2   Dated: _____        _____
                                    Hon. Edward M. Chen
3

4   52055\9001\586566.1

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28