UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS KEANE,                                                  Case No. C07-6074 EMC

           Plaintiff,

     v.                                                    **CLERK'S NOTICE**

ATLAS HOSPITALITY GROUP, et al.,

           Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **PLAINTIFF'S MOTION TO REMAND** set for March 12, 2008 at 10:30 a.m. is reset for **March 12, 2008 at 3:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by February 20, 2008.  Reply shall be filed by February 27, 2008.

YOU ARE FURTHER NOTIFIED THAT the Case Management Conference set for March 5, 2008 at 1:30 p.m. is also reset for **March 12, 2008 at 3:00 p.m.** before Magistrate Judge Edward M.

///

///

///

///

///

Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A joint Case Management Conference Statement shall be filed by March 5, 2008.

Dated: February 4, 2008                              FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
      Betty Fong
      Courtroom Deputy