United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS KEANE,

    Plaintiff,

v.

ATLAS HOSPITALITY GROUP, et al.,

    Defendants.
_____/

Case No. C07-6074 EMC

**AMENDED CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the hearing on **PLAINTIFF'S MOTION TO REMAND** set for March 12, 2008 at 3:00 p.m. is reset for **March 19, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Opposition shall be filed by February 27, 2008.  Reply shall be filed by March 5, 2008.

    YOU ARE FURTHER NOTIFIED THAT the Case Management Conference set for March 12, 2008 at 3:00 p.m. is also reset for **March 19, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A joint Case Management Conference Statement shall be filed by March 12, 2008.

Dated: February 4, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
    Betty Fong
    Courtroom Deputy