FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 57432, mkahn@flk.com)
Joel D. Smith (CSB No. 244902, jsmith@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff
Douglas Keane

Christopher J. Keane (CSB No. 194848, ckeane@keanelaw.com)
530 Jackson Street, Second Floor
San Francisco, CA 94133
Telephone: (415) 398-2777
Fax: (415) 520-2282

Attorneys for Plaintiff
Douglas Keane

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS KEANE, | Case No. C 07-06074 EMC |
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MYERS. | Action Filed:     October 22, 2007<br>Action Removed: November 30, 2007<br>Judge:              Hon. Edward M. Chen |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*," on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the court and private

1 entities; and

2     (3) Considered whether this case might benefit from any of the available dispute
3 resolution options.

4

5 Dated: February 13, 2008

                                              /s/
6                               Douglas Keane, Plaintiff and Cross-Defendant

7

8 Dated: February 13, 2008                    FOLGER LEVIN & KAHN LLP

                                              /s/
9                               Joel D. Smith
10                         Attorney for Plaintiff and Cross-Defendant
                                      Douglas Keane

11

12 52055\9001\588561.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28