|  |  |
|---|---|
| 1 | ROSS B. JONES, SBN 120593 |
| 2 | Merrill, Arnone & Jones, LLP |
|   | 3554 Round Barn Boulevard, Suite 303 |
| 3 | Santa Rosa, California 95403 |
|   | Telephone: (707) 528-2882 |
| 4 | Facsimile:  (707) 528-6015 |

Attorneys for Defendants/Counterclaimants
HEDMARK VIII, LLC and
WESTLAND FINANCIAL III, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DOUGLAS KEANE. | CASE NO. C 07-06074 ECF EMC |
|---|---|
| Plaintiff. | **DEFENDANTS AND COUNTERCLAIMANTS' REQUEST FOR JUDICIAL NOTICE** |
| vs. | |
| ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MEYERS. | |
|  | Date:     March 19, 2008 |
| Defendants. | Time:     10:30 a.m. |
| _____/ | Courtroom: C |
| AND RELATED COUNTERCLAIMS | |
| _____/ | |

Defendants and Counterclaimants, by and through their attorney, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents in connection with Defendant/Counterclaimants Opposition to Motion To Remand:

1.   The website page www.cyrusrestaurant.com, a true and correct copy of which was accessed and printed on February 21, 2008, and attached as Exhibit A hereto.

1

1    2.    The website page www.cyrusrestaurant.com/keane_bio.htm, a true and correct copy of which was accessed and printed on February 21, 2008, and attached as Exhibit B hereto.

Judicial notice may be taken of these pages pursuant to FRE 201(b). The website pages are documents that are public records, and are capable of accurate and ready confirmation by sources that cannot reasonably be questioned. See *Wible v. Aetna Life Ins. Co.* (CD Cal. 2005), 375 F. Supp. 2d 956, 965-966.

The Court may take judicial notice of these documents without converting the motion into a Summary Judgment Motion, because the Complaint includes an Exhibit which is based on the attached documents, they are central to Plaintiff's claim, and there should be no dispute as to the authenticity of the documents. *Branch v. Tunnell* (9th Cir. 1994) 14 F3d 449, 454 (overruled on other grounds in *Galbraith v. County of Santa Clara* (9th Cir. 2002) 307 F.3d 1119).

Dated:  February 25, 2008                MERRILL, ARNONE & JONES, LLP

                                             /s/ ROSS B. JONES
                                             Attorneys for Defendants/Counterclaimants