

SPECIAL DINNERS & EVENTS

RESERVATIONS    DIRECTIONS    PRIVATE DINING    MENUS    PRESS    CONTACTS    GIFT CERTIFICATES    GALLERY    CAREERS    LINKS

29 NORTH STREET, HEALDSBURG, CA, PHONE 707.433.3311

Cyrus Restaurant is located in Healdsburg, the very heart of Sonoma wine country. This intimate elegant restaurant is nestled just off the square in the new boutique Les Mars Hotel. Chef Douglas Keane (Rising Star Chef SF Chronicle 2002) and Maitre d' Nick Peyton ("the god father of white tablecloth dining" SF Chronicle 5/2/2003) offer their contemporary luxury cuisine in a completely flexible prix fixe format of three to five dishes selected from any section of the menu. Sommelier Jim Rollston has assembled an extensive list of world class wines with a special focus on Sonoma appellations. The arched and vaulted dining room welcomes guests to elegant tables set with fine linens, crystal, china and silver. Guests are greeted warmly as they enter the bar while a myriad of special touches await them at the table. Warm canapés arrive to be enjoyed with a cocktail list or glass of bubbly served tableside from champagne and caviar cart. An amuse bouche is served as an extra small course to begin the meal. An extensive cheese tray adds to the temptations that await diners. Mignardises (chocolates, candied fruits and petits fours) provide a celebratory ending and a small box of bon bons is presented as a fond farewell.

We look forward to welcoming you to Cyrus.



©2007-2008 Cyrus Restaurant

EXHIBIT A PAGE 3 OF 4