FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 57432, mkahn@flk.com)
Joel D. Smith (CSB No. 244902, jsmith@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff
Douglas Keane

Christopher J. Keane (CSB No. 194848, ckeane@keanelaw.com)
530 Jackson Street, Second Floor
San Francisco, CA 94133
Telephone: (415) 398-2777
Fax: (415) 520-2282

Attorneys for Plaintiff
Douglas Keane

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS KEANE,<br><br>                Plaintiff,<br><br>        v.<br><br>ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MYERS.<br><br>                Defendants. | Case No. C 07-06074 EMC<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES FILED PURSUANT TO CIVIL L.R. 3-16**<br><br>Action Filed:     October 22, 2007<br>Action Removed: November 30, 2007<br>Judge:              Hon. Edward M. Chen |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations, corporations (including parent corporations) or other entitles (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: David Mars; Sarah Mars.

1  Dated: February 29, 2008                    FOLGER LEVIN & KAHN LLP

                                                         /s/
                                              _____
                                                    Joel D. Smith
                                          Attorneys for Plaintiff and Cross-Defendant
                                                      Douglas Keane

7  52055\9001\590963.1

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

-2-                    CERTIFICATE OF INTERESTED PARTIES;
                                CASE NO. C 07-06074 EMC.