FOLGER LEVIN & KAHN LLP
Michael A. Kahn (CSB No. 57432, mkahn@flk.com)
Joel D. Smith (CSB No. 244902, jsmith@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff
Douglas Keane

Christopher J. Keane (CSB No. 194848, ckeane@keanelaw.com)
530 Jackson Street, Second Floor
San Francisco, CA 94133
Telephone: (415) 398-2777
Fax: (415) 520-2282

Attorneys for Plaintiff
Douglas Keane

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS KEANE,<br><br>             Plaintiff,<br><br>     v.<br><br>ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MYERS.<br><br>             Defendants. | Case No. C 07-06074 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION AS TO ATLAS HOSPITALITY GROUP AND JUSTIN B. MYERS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1).**<br><br>Action Filed:      October 22, 2007<br>Action Removed: November 30, 2007<br>Judge:                 Hon. Edward M. Chen |

IT IS HEREBY STIPULATED by and between Plaintiff DOUGLAS KEANE and Defendants ATLAS HOSPITALITY GROUP and JUSTIN B. MYERS, through their counsel of record, that that the above-captioned actions are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) against the following defendants only:

1.   ATLAS HOSPITALITY GROUP

2.   JUSTIN B. MYERS

Each party will bear its own costs. The parties further stipulate that the Court may enter an order based on this stipulation. The action remains as to Defendants HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC.

Dated: March 14, 2008          FOLGER LEVIN & KAHN LLP

                                          /s/
                                    Joel D. Smith
                                Attorneys for Plaintiff
                                   Douglas Keane

Dated: March 14, 2008                KEANE LAW FIRM

                                          /s/
                                  Christopher Keane
                                Attorneys for Plaintiff
                                   Douglas Keane

Dated: March 14, 2008               LONG & LEVIT LLP

                                          /s/
                                  Douglas J. Melton
                  Attorneys for Defendants Atlas Hospitality Group and
                                  Justin B. Myers

[PROPOSED ORDER]

Following the stipulation of the parties, and FRCP 41(a)(1), IT IS HEREBY ORDERED that the action as against Defendants ATLAS HOSPITALITY GROUP and JUSTIN B. MYERS be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear his, her or its own attorney's fees and costs. The action remains as to Defendants HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC.

Dated: March ___, 2008          _____
                                Honorable Edward M. Chen
                                United States District Court Magistrate Judge

52055\9001\592743.1