1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 57432, mkahn@flk.com)
2  Joel D. Smith (CSB No. 244902, jsmith@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Plaintiff
6  Douglas Keane

7  Christopher J. Keane (CSB No. 194848, ckeane@keanelaw.com)
   530 Jackson Street, Second Floor
8  San Francisco, CA 94133
   Telephone: (415) 398-2777
9  Fax: (415) 520-2282

10 Attorneys for Plaintiff
   Douglas Keane
11

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS KEANE,<br><br>                Plaintiff,<br><br>        v.<br><br>ATLAS HOSPITALITY GROUP, HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC and JUSTIN B. MYERS.<br><br>                Defendants. | Case No. C 07-06074 EMC<br><br>**STIPULATION AND [PR<s>OPOS</s>ED] ORDER OF DISMISSAL OF ACTION AS TO ATLAS HOSPITALITY GROUP AND JUSTIN B. MYERS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1).**<br><br>Action Filed:     October 22, 2007<br>Action Removed: November 30, 2007<br>Judge:            Hon. Edward M. Chen |

   IT IS HEREBY STIPULATED by and between Plaintiff DOUGLAS KEANE and Defendants ATLAS HOSPITALITY GROUP and JUSTIN B. MYERS, through their counsel of record, that that the above-captioned actions are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) against the following defendants only:

   1.    ATLAS HOSPITALITY GROUP

   2.    JUSTIN B. MYERS

Case 3:07-cv-06074-EMC    Document 36    Filed 03/19/2008    Page 2 of 2

Each party will bear its own costs. The parties further stipulate that the Court may enter an order based on this stipulation. The action remains as to Defendants HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC.

Dated: March 14, 2008     FOLGER LEVIN & KAHN LLP

/s/
Joel D. Smith
Attorneys for Plaintiff
Douglas Keane

Dated: March 14, 2008     KEANE LAW FIRM

/s/
Christopher Keane
Attorneys for Plaintiff
Douglas Keane

Dated: March 14, 2008     LONG & LEVIT LLP

/s/
Douglas J. Melton
Attorneys for Defendants Atlas Hospitality Group and Justin B. Myers

[PR~~OPOSED~~ ORDER]

Following the stipulation of the parties, and FRCP 41(a)(1), IT IS HEREBY ORDERED that the action as against Defendants ATLAS HOSPITALITY GROUP and JUSTIN B. MYERS be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear his, her or its own attorney's fees and costs. The action remains as to Defendants HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC.

Dated: March 19, 2008

_____
Honorable [IT IS SO ORDERED]
United States Magistrate Judge
Judge Edward M. Chen

52055\9001\592743.1