# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Keane, | 07-06074 EMC ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Atlas Hospitality Group, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Peter J. Courture**
> Law+
> 978 Highlands Circle
> P.O. Box 3692
> Los Altos, CA 94024
> 650-968-8855

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-06074 EMC ENE                - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: March 19, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-06074 EMC ENE                           - 2 -