**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:** March 19, 2008

**Case No:** C07-6074 EMC     **FTR Time:** 10:42-11:20 a.m.

**Case Name:**   Keane v. Atlas Hospitality Group, et al.     **Court Reporter**: Belle Ball

**Attorneys:**      Joel Smith and Chris Keane for Plaintiff
Ross Jones for Defendants

**Deputy Clerk:**      Betty Fong

**PROCEEDINGS:**

- (1) PLAINTIFF'S MOTION TO REMAND

- (2) CASE MANAGEMENT CONFERENCE

**ORDERED AFTER HEARING:**

(1) Court took matter under submission and will issue order.

(2) This case has already been referred to the Alternative Dispute Resolution Program for ENE to be completed by 6/13/08. Judge will contact ENE for an expedited ENE. Trial will be set at next Status Conference.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 5/21/08 at 2:30 p.m. Status Conference.  An updated joint status conference statement shall be filed by 5/14/08.

cc: EMC