**LAW+**
Peter Courture (Lic # 90921)     978 Highland Circle, P.O.Box 3692 Los Altos CA 94024
fon (650) 968-8855; fax (650) 968-8885

TO:     COUNSEL OF RECORD FOR CASE No. C07-06074 EMC ENE

Keane vs. Atlas Hospitality Group, et al                 08 April 08

**Folger Levin & Kahn**                                 tel +1 415 986-2800
Michael A. Kahn                                          fax +1 415 986-2827
Joel D. Smith
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco CA 94111
mkahn@flk.com, jsmith@flk.com

Christopher J. Keane                                     tel +1 415 398-2777
530 Jackson Street, 2nd Floor                            fax +1 415 520-2282
San Francisco CA 94133
ckeane@keanelaw.com

Brian Leroy Larson                                       tel +1 415 398-5000
Law Offices of Brain L. Larsen                           fax +1 415 398-5080
530 Jackson Street 2nd Floor
San Francisco CA 94133
Blarsen5000@yahoo.com

Attorneys for Plaintiff Douglas Keane


**Merrill Armone & Jones LLP**                          tel +1 707 528-2882
Ross B. Jones                                            fax +1 707 528-6015
3554 Round Barn Blvd, Suite 303
Santa Rosa CA 95403
rossjones@majlaw.com
Attorneys for Defendants and Counterclaimants
Hedmark VIII, LLC and Westland Financial III, LLC, et al


cc: ADR Unit                                             tel +1 415 522-4100
Claudia Forehand                                         fax +1 415 522-4112
Alice M. Fiel
Alice_Fiel@cand.uscourts.gov
Robin_Siefkin@cand.uscourts.gov
Claudia_Forehand@cand.uscourts.gov

These materials contain information for the sole use of the above identified individual or entity, and may be privileged, confidential, and/or exempt from disclosure under law. Any other use, dissemination, and/or copying is prohibited.  Please notify sender immediately by telephone [650 968-8855] or by fax [650 968-8885] if you are not the intended recipient, and destroy the original and all copies.  Sender will reimburse reasonable phone and fax expenses to do so.     2008 © Courture         [All rights reserved]

Dear Parties and Counsel:

As requested, we have scheduled the ENE session to commence at 09h30 Pacific time on 2nd May 2008 at the San Francisco offices of Folger Levin and Kahn.

Following this schedule, opening written statements (along with any support needed) are due at least 10 days ahead (22nd April 17h00 Pacific) with rebuttal, if any, by 28th April (at 17h00 Pacific). Please consult the local rules for substantive and procedural requirements. As discussed, opening statements should be no more than 10-15 pages long, and rebuttal 2 pages or less (these limits do not apply to key cases or essential evidentiary support).

I also invite you to coordinate on whether it will make sense for us to have another telephone conference before the session. If you would like to set up a call, please coordinate with counsel on some appropriate windows, and send me an email with suggested time slots.

Thank you for your cooperation, and I hope look forward to a productive session.

Yours sincerely,

*[signature: Peter Courture]*

Peter Courture