# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Keane,<br><br>   Plaintiff(s),<br><br>   v.<br><br>Atlas Hospitality Group,<br><br>   Defendant(s). | No. C 07-06074 EMC ENE<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation and ☒ ENE session on (date) 02 May 08

2. Did the case settle?   (☒ fully)   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: 02 May 08      *[signature]*
                        Evaluator, Peter J. Courture
                        Law+
                        978 Highlands Circle
                        P.O. Box 3692
                        Los Altos, CA 94024

Certification of ADR Session
07-06074 EMC ENE                - 1 -