1  FOLGER LEVIN & KAHN LLP
   Michael A. Kahn (CSB No. 57432, mkahn@flk.com)
2  Joel D. Smith (CSB No. 244902, jsmith@flk.com)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   Attorneys for Plaintiff
6  Douglas Keane

7  Christopher J. Keane (CSB No. 194848, ckeane@keanelaw.com)
   530 Jackson Street, Second Floor
8  San Francisco, CA 94133
   Telephone: (415) 398-2777
9  Fax: (415) 520-2282

10 Attorneys for Plaintiff
   Douglas Keane
11
   ROSS B. JONES, SBN 120593
12 Merrill, Arnone & Jones, LLP
   3554 Round Barn Boulevard, Suite 303
13 Santa Rosa, California 95403
   Telephone: (707) 528-2882
14 Facsimile: (707) 528-6015

15 Attorneys for Defendants/Counterclaimants
   HEDMARK VIII, LLC and
16 WESTLAND FINANCIAL III, LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20

21 DOUGLAS KEANE,                    Case No. C 07-06074 EMC

22           Plaintiff,              **JOINT STIPULATION AND [PROPOSED]
                                     ORDER OF DISMISSAL OF ALL CLAIMS
23      v.                           AND COUNTERCLAIMS WITH PREJUDICE
                                     PURSUANT TO F.R.C.P. 41(a).**
24 HEDMARK VIII, LLC and WESTLAND
   FINANCIAL III, LLC
25
             Defendants.             Action Filed:    October 22, 2007
                                     Action Removed: November 30, 2007
26                                   Judge:           Hon. Edward M. Chen

27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER OF DISMISSAL OF
ACTION WITH PREJUDICE; CASE NO. C 07-06074
EMC

1.    IT IS HEREBY STIPULATED by and between Plaintiff DOUGLAS KEANE and Defendants/ Counter-plaintiffs HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC, through their counsel of record, that all claims and counterclaims in the above-captioned action by or against any of the aforementioned parties are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a), each party to bear his or its own attorney's fees and costs.

2.    The parties further stipulate that all pending dates for this matter, including all matters set forth in the Court's Amended March 19, 2008 Minute Order, are vacated.

3.    The parties further stipulate that the Court may enter an order based on this stipulation.

4.    Pursuant to General Order 45(X)(B), the filer attests that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: May 14, 2008                                FOLGER LEVIN & KAHN LLP

/s/
Joel D. Smith
Attorneys for Plaintiff
Douglas Keane

Dated: May 14, 2008                                KEANE LAW FIRM

/s/
Christopher Keane
Attorneys for Plaintiff
Douglas Keane

Dated: May 14, 2008                                Merrill, Arnone & Jones LLP

/s/
Ross Jones
Attorneys for Defendants Hedmark VIII, LLC and
Westland Financial III, LLC

**[PROPOSED ORDER]**

Following the stipulation of the parties, and FRCP 41(a), IT IS HEREBY ORDERED that:

1.   All claims against Defendants HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC, and all counterclaims against Plaintiff DOUGLAS KEANE, are hereby DISMISSED WITH PREJUDICE, each party to bear his or its own attorney's fees and costs; and

2.   All pending dates for this matter, including all matters set forth in the Court's Amended March 19, 2008 Minute Order, are vacated.

Dated: May _____, 2008          _____
                                    Honorable Edward M. Chen
                                    United States District Court Magistrate Judge

52055\9001\600256.1