| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| | Michael A. Kahn (CSB No. 57432, mkahn @flk.com) |
| 2 | Joel D. Smith (CSB No. 244902, jsmith@flk.com) |
| | Embarcadero Center West |
| 3 | 275 Battery Street, 23rd Floor |
| | San Francisco, CA  94111 |
| 4 | Telephone: (415) 986-2800 |
| | Facsimile: (415) 986-2827 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Douglas Keane |
| 7 | Christopher J. Keane (CSB No. 194848, ckeane@keanelaw.com) |
| | 530 Jackson Street, Second Floor |
| 8 | San Francisco, CA 94133 |
| | Telephone: (415) 398-2777 |
| 9 | Fax: (415) 520-2282 |
| 10 | Attorneys for Plaintiff |
| | Douglas Keane |
| 11 | |
| | ROSS B. JONES, SBN 120593 |
| 12 | Merrill, Arnone & Jones, LLP |
| | 3554 Round Barn Boulevard, Suite 303 |
| 13 | Santa Rosa, California 95403 |
| | Telephone: (707) 528-2882 |
| 14 | Facsimile:  (707) 528-6015 |
| 15 | Attorneys for Defendants/Counterclaimants |
| | HEDMARK VIII, LLC and |
| 16 | WESTLAND FINANCIAL III, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | DOUGLAS KEANE, | Case No. C 07-06074 EMC |
| 22 | Plaintiff, | **JOINT STIPULATION AND [P~~ROPO~~SED] ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a).** |
| 23 | v. | |
| 24 | HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC | |
| 25 | Defendants. | Action Filed: October 22, 2007 |
| 26 | | Action Removed: November 30, 2007 |
| | | Judge: Hon. Edward M. Chen |

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE;  CASE NO. C 07-06074 EMC

1.     IT IS HEREBY STIPULATED by and between Plaintiff DOUGLAS KEANE and Defendants/ Counter-plaintiffs HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC, through their counsel of record, that all claims and counterclaims in the above-captioned action by or against any of the aforementioned parties are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a), each party to bear his or its own attorney's fees and costs.

2.     The parties further stipulate that all pending dates for this matter, including all matters set forth in the Court's Amended March 19, 2008 Minute Order, are vacated.

3.     The parties further stipulate that the Court may enter an order based on this stipulation.

4.     Pursuant to General Order 45(X)(B), the filer attests that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: May 14, 2008                                    FOLGER LEVIN & KAHN LLP

                                                                          /s/
                                                                  Joel D. Smith
                                                              Attorneys for Plaintiff
                                                                 Douglas Keane

Dated: May 14, 2008                                    KEANE LAW FIRM

                                                                          /s/
                                                                Christopher Keane
                                                              Attorneys for Plaintiff
                                                                 Douglas Keane

Dated: May 14, 2008                                    Merrill, Arnone & Jones LLP

                                                                          /s/
                                                                   Ross Jones
                                                Attorneys for Defendants Hedmark VIII, LLC and
                                                              Westland Financial III, LLC

**[PROPOSED ORDER]**

Following the stipulation of the parties, and FRCP 41(a), IT IS HEREBY ORDERED that:

1. All claims against Defendants HEDMARK VIII, LLC and WESTLAND FINANCIAL III, LLC, and all counterclaims against Plaintiff DOUGLAS KEANE, are hereby DISMISSED WITH PREJUDICE, each party to bear his or its own attorney's fees and costs; and

2. All pending dates for this matter, including all matters set forth in the Court's Amended March 19, 2008 Minute Order, are vacated.

Dated: May __19__, 2008   _____
Honorable Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

52055\9001\600256.1

-3-   STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE;  CASE NO. C 07-06074 EMC

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW